# EXHIBIT 26

| | |
|---|---|
| **From:** | Mark Mahon |
| **To:** | "Poonam Sahota"; |
| **cc:** | "Tom Jarvis"; |
| | "Perry C. Wander"; |
| **Subject:** | STRENGTH AND HONOUR |
| **Date:** | 17 December 2010 22:20:00 |

Dear Ms. Sahota,

I am writing to you, as our company, Maron Pictures Ltd., the legal owner of STRENGTH AND HONOUR, is in a major dispute with Shoreline Entertainment.

You are aware of some of our complaints since the beginning of the year, including the unauthorised covers and trailer which violates our contracts, amongst other things. I am aware that the film is being shown on SKY movies too but wanted to make you aware of our current situation, as a professional courtesy, since we have had no accountability in any manner from them.

These legal matters are currently being dealt with by our U.S. attorney, Perry C. Wander.

Warmest regards,

Mark Mahon
Maron Pictures



This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please e-mail us at info@maronpictures.net or call 310-892-8133.

# EXHIBIT 27

| | |
|---|---|
| **From:** | Poonam Sahota |
| **To:** | Mark Mahon; |
| **Subject:** | Out of Office: STRENGTH AND HONOUR |
| **Date:** | 17 December 2010 22:21:38 |

Thank-you for your email. I am out of the office until Tuesday 21st December with no access to email. If urgent please contact Ashanti McIntosh [amcintosh@entonegroup.com] in my absence, otherwise I will respond to your email upon my return. Thanks.

Poonam Sahota | Manager, Worldwide Acquisitions | Entertainment One UK
http://www.entertainmentone.co.uk/ | Tel: 020 7907 3781 | Mob: 07809 510 995
120 New Cavendish Street | London W1W 6XX | UK

Please note new email address PSahota@entonegroup.com


http://www.entertainmentone.co.uk/

The contents of this e-mail from Entertainment One UK are confidential and intended for the addressee only. If you are not the intended recipient you must not store, copy or distribute this e-mail, or disclose it to anyone else. If you have received this e-mail in error, please notify the sender by return or telephone us on 020 7907 3773, and delete the e-mail from your system. Thank you for your co-operation. This message has been scanned for viruses by McAfee. We accept no responsibility for e-mail and any attachments once they leave our systems.
-------------------------------------------------------------------------


Poonam Sahota | Manager, Worldwide Acquisitions | Entertainment One UK
http://www.entertainmentone.co.uk/ | Tel: 020 7907 3781 | Mob: 07809 510 995
120 New Cavendish Street | London W1W 6XX | UK

Please note new email address PSahota@entonegroup.com


http://www.entertainmentone.co.uk/

The contents of this e-mail from Entertainment One UK are confidential and intended for the addressee only. If you are not the intended recipient you must not store, copy or distribute this e-mail, or disclose it to anyone else. If you have received this e-mail in error, please notify the sender by return or

telephone us on 020 7907 3773, and delete the e-mail from your system. Thank you for your co-operation. This message has been scanned for viruses by McAfee. We accept no responsibility for e-mail and any attachments once they leave our systems.

-------------------------------------------------------------------------

# EXHIBIT 28

**Mark Mahon**

| | |
|---|---|
| **From:** | Mark Mahon [mmahon@maronpictures.net] |
| **Sent:** | 30 November 2016 23:47 |
| **To:** | 'Mark Stafford' |
| **Subject:** | Our Meeting |
| **Attachments:** | Maron Pictures 18072016.pdf; Notice of Contract Revocation 02102015.pdf |

Hi Mark,

Hope all is well. Please find attached two letters that I sent to Maron Pictures Ltd. on a personal capacity over the last year.

I scanned them from the office yesterday.

See you later today.

Best wishes,

Mark


http://www.twitter.com/markmahon
http://www.maronpictures.com
http://www.freedomwithintheheart.com
http://www.facebook.com/FreedomWithinTheHeart
http://www.amazon.com/Brian-Boru-Freedom-Within-Heart-ebook/dp/B01650CPPQ
http://www.amazon.com/Freedom-Within-Heart-Complete-Graphic-ebook/dp/B016IT2SA6
http://www.strengthandhonorthemovie.com
http://www.facebook.com/strengthandhonourthemovie



This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please e-mail us at info@maronpictures.com or call 310-878-2283.

**Mark Mahon**

| | |
|---|---|
| **From:** | Mark Stafford [MarkStafford@leeandthompson.com] |
| **Sent:** | 01 December 2016 04:30 |
| **To:** | 'Mark Mahon' |
| **Subject:** | RE: Our Meeting |

Thanks Mark

See you shortly.

**Mark Stafford**
**Partner**
**Lee & Thompson LLP**
**Tel:** +44 (020) 3073 7600
www.leeandthompson.com
Twitter: @LeeAndThompson
LinkedIn: markstaffordlaw

**From:** Mark Mahon [mailto:mmahon@maronpictures.net]
**Sent:** 01 December 2016 07:47
**To:** Mark Stafford
**Subject:** Our Meeting

Hi Mark,

Hope all is well. Please find attached two letters that I sent to Maron Pictures Ltd. on a personal capacity over the last year.

I scanned them from the office yesterday.

See you later today.

Best wishes,

Mark


http://www.twitter.com/markmahon
http://www.maronpictures.com
http://www.freedomwithintheheart.com
http://www.facebook.com/FreedomWithinTheHeart
http://www.amazon.com/Brian-Boru-Freedom-Within-Heart-ebook/dp/B01650CPPQ
http://www.amazon.com/Freedom-Within-Heart-Complete-Graphic-ebook/dp/B016IT2SA6
http://www.strengthandhonorthemovie.com
http://www.facebook.com/strengthandhonourthemovie



**This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please e-mail us at info@maronpictures.com or call 310-878-2283.**

Lee & Thompson LLP, registered office at 4 Gee's Court, St Christopher's Place, London, W1U 1JD, Tel:020 3073 7600, Fax:020 3073 7601

This is an email from Lee & Thompson LLP, a limited liability partnership registered in England and Wales (registered number OC351626) and authorised and regulated by the Solicitors Regulation Authority (SRA). Our SRA registration number is 555406. A list of our members is available for inspection at our registered office.

The contents of this e-mail are confidential to the ordinary user of the e-mail address to which it was addressed. No-one else may copy or forward all or any of this email or any attachments in any form. If you receive this e-mail in error, we should be obliged if you would telephone our IT Manager on 020 3073 7600 or e-mail mail@leeandthompson.com.

Lee & Thompson LLP does not accept service of proceedings by email.

For further information please visit our website at http://www.leeandthompson.com

# EXHIBIT 29



COMYN
KELLEHER
TOBIN

SOLICITORS

CORK OFFICE
2 George's Quay
Cork
T12 TR2A
Ireland

DX 2018 Cork

T +353 21 462 6900
F +353 21 422 3872
E ckt@ckt.ie

DUBLIN OFFICE
24/26 Upper Ormond Quay
Dublin 7
D07 DAV9
Ireland

T +353 1 873 3751
F +353 1 872 7480
E ckt@ckt.ie

WWW.CKT.IE

OUR REF:     DM/SC/MOO0010024
YOUR REF:
DATE:          05th December 2016

TO WHOM IT MAY CONCERN

RE:        Strength & Honour Movie

Dear Sirs

I Deborah Moore, Partner in Comyn Kelleher Tobin Solicitors hereby certify that I
have seen the movie Strength and Honour available to rent and buy online on
today 05th December 2016.

I set out hereunder the details of where it is available:-

1. Google play Europe    €2.99 to rent.
                          €3.99 in HD.

2. Youtube Europe        €2.99 to rent.

3. Apple Itunes          €7.99 to buy.

4. Amazon Prime          £1.95 to buy
                          £8.00 blu ray

I attach hereto screenshots from said websites.

Yours faithfully

DEBORAH MOORE
COMYN KELLEHER TOBIN
E Debbie.moore@ckt.ie

PARTNERS
Eamon Harrington
Katharine Kelleher
Diarmuid Cunningham
Deborah Moore
(Managing Partner)
Denise Kirwan
Emma Comyn
Conor Lupton
David McCoy
Patrice O'Keeffe
Deirdre Malone
Helen Finucane

SOLICITORS
Mary Boland
Sinead Fitzgerald
Jonathan Hurley
Aoife McCann
Joe Coonan
David Taylor
Alison Kelleher
Karen Tobin
Fionnuala Cullinane
Barry Kelleher

CONSULTANTS
Thomas Tobin
Arthur Comyn

PRACTICE MANAGER
Martina Turner ACA

# EXHIBIT 30

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC - 9 2016

Sherri R. Carter, Executive Officer/Clerk
By: V. Jaime, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| MARON PICTURES, LLC, | CASE NO.  SC120432 |
| Plaintiff, | *Hon. Chester Horn Jr.*<br>*Dept. WE-I* |
| v. | **JUDGMENT** |
| SAM EIGEN, AN INDIVIDUAL, MAINSAIL ENTERTAINMENT, INC., SHORELINE ENTERTAINMENT, INC., AND DOES 1-20, | |
| Defendants. | |

    This action came before the Court on December 9, 2016, for ruling on Defendants' Motion for Summary Judgment or in the Alternative, Summary Adjudication ("the Defendants' Motion").  Defendants Mainsail, LLC (erroneously sued herein as Mainsail Entertainment, Inc.), Shoreline Entertainment, Inc., and Sam Eigen appeared through their counsel Richard L. Charnley of Charnley Rian LLP.  Plaintiff was not represented by counsel.

    Having GRANTED the Defendants' Motion as to all claims and finding that Defendants are entitled to judgment as a matter of law on all claims in Plaintiff's complaint, NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:

- 1 -

JUDGMENT

1    That Plaintiff shall take nothing by way of its complaint, that JUDGMENT is granted in

2   favor of Mainsail, LLC, Shoreline Entertainment, Inc., Sam Eigen, and each of them, on all of

3   Plaintiff's claims, that and Defendants, if appropriate, shall have and recover their attorney fees

4   and costs of suit against Plaintiff, in support of which Defendants shall file a Memorandum of

5   Costs and appropriate post-trial motions.

6

7

8   December ___9___, 2016                        H. CHESTER HORN, JR

9                                               Hon. Chester Horn, Jr., Judge Superior Court

10

11

12

13

14   4831-7621-1517, v. 1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

# EXHIBIT 31

[47]

[148]





Strength and Honour - Y × | Purchases - YouTube ×

https://www.youtube.com/purchases

Apps | Oil Price | Crude Oil F | Economic Calendar - | My Books | Inside Futures: Future | Crude Oil Futures Cal | Dictionary.com | Finc | Wikipedia, the free e | eBooks | » | Other bookmarks

YouTube IE | Search | Upload

- Home
- My Channel
- Trending
- Subscriptions
- History
- Watch Later
- Purchases 1

LIBRARY

- Music
- Liked videos
- Favorites
- Watch Later

[149]

SUBSCRIPTIONS

- Raymax
- Project Veritas A... 13
- Browse channels

# Purchases

## Active Rentals

Strength and Honour
by eoneuk | Released: 2010
What man wouldn't risk his own life to save his son? Vinnie Jo
Help

Paid: €2.99
Rented: 27 Oct 2016
Advertising: None
Expires in 30 days

YouTube | Language: English (UK) | Content location: Ireland | Restricted Mode: Off | History | Help

About Press Copyright Creators Advertise Developers +YouTube
Terms Privacy Policy & Safety Send feedback Try something new!

Ask me anything | 22:56 27/10/2016

**Mark Mahon**

| | |
|---|---|
| **From:** | YouTube [purchases@youtube.com] |
| **Sent:** | 27 October 2016 22:55 |
| **To:** | info@maronpictures.net |
| **Subject:** | Your YouTube Receipt |



# Hello MaronPictures,

Thanks for your purchase of <u>Strength and Honour</u> from YouTube.

Now that you've completed your purchase, you have until Nov 26, 2016 to begin watching your movie. Once you start watching your movie, you have 48 hours to finish.

This e-mail is an acknowledgement of receipt of your order and confirmation that your transaction is complete.

Order details

Order number: **YGP.7R43-WKWH-G6P9-YNF6**

Order date: **Oct 27, 2016**

| Title | Price |
|---|---|
| **Strength and Honour** – Rent<br>15 • 2010 • 1:31:16 • English | €2.99 |

Paid with: Visa-6733                                   **Total €2.99**

(Includes VAT €0.56)

For details about your purchase, visit the <u>Purchases</u> page in your YouTube account.

Enjoy your movie!

The YouTube Team

1

You might also like...



An Education



A Better Life

[151]



The Runaways

**Additional Information:**

**Playback:** You must have an Internet connection to stream videos. Content is copy protected. HD viewing isn't available on web browsers. Supported devices

**Cancellations:** You can request a refund in the next 7 business days, as long as you have not begun watching your video. Refund policy

Because this item was available for immediate delivery, you've agreed to waive your statutory withdrawal period.

**Need help?** Contact support or visit our help center.

Help center · Email options

Your transaction was processed by Google Commerce Limited, which can be reached at: Google Commerce Limited, Attn: YouTube Paid Services, Gordon House, Barrow Street, Dublin 4, Ireland

©2016 YouTube, LLC 901 Cherry Ave. San Bruno, CA 94066

3

# EXHIBIT 32





(119) strength and honour - Yo...

https://www.youtube.com/results?search_query=strength+and+honour

Apps | humanangels | Human Angel Servic | Website Update - T | Oil Price | Crude Oi | Dictionary.com | Fin | Wikipedia, the free | My Books | eBooks | Other bookmarks

YouTube IE

strength and honour

Watch later
Purchases
Fav 2018
Show more

SUBSCRIPTIONS

Higher Self
Gary Lite
reallygraceful
Infinite Waters ...
Universe Inside ...
GrahamHancock...
Space Force Ne...
Video Advice
Private Universe.
Bright Insight
MR. Mushroom
Human Angel Ser...
Strength and Hon...
IQD Calls

FILTER

**Vinnie Jones at Strength and Honour**
MrGrizleyadams • 6.4K views • 4 years ago
Strength and Honour movie episode.

**Strength and Honour**
YouTube Movies
Drama · 2010 · 15 · English
What man wouldn't risk his own life to save his son? Vinnie Jones and Michael Madsen star in this action-packed Brit flick. When a ...
Actors: Vinnie Jones, Michael Madsen, Patrick Bergin
Director: Mark Mahon

WATCH FROM €2.99

**STRENGTH & HONOUR Official Trailer**
Maron Pic • 1.6M views • 9 years ago
What man wouldn't risk his life to save his son? STRENGTH AND HONOUR tells the story of an Irish-American boxer, Sean ...

**STRENGTH & HONOUR Subliminal Messages**
Filmguyable • 22K views • 7 years ago
This video is for educational purposes only. No money is made from this video. Content comes from Strength and Honour ...

ENG 02:25 02/01/2019

# EXHIBIT 33

**From:** YouTube [noreply-purchases@youtube.com]
**Sent:** 02 January 2019 15:36
**To:** ███████████████████
**Subject:** Your YouTube Receipt



# Hello ████████████████████

Thanks for your purchase of **Strength and Honour** from YouTube.

Now that you've completed your purchase, you have until Feb 1, 2019 to begin watching your movie. Once you start watching your movie, you have 48 hours to finish.

This e-mail is an acknowledgement of receipt of your order and confirmation that your transaction is complete.

Order number: **YPC.RD93-XWAU-66JA-ECRK**

Order date: **Jan 2, 2019**

**Strength and Honour** – 1:31:16 · Drama · 2010 · English
15 · SD
15 • 2010 • 1:31:16 • English                                                          €2.99

                                                                                Total €2.99
Paid with: Visa **** 6733
                                                                          (Includes Tax €0.56)

For details about your purchase, visit the **Purchases** page in your YouTube account.

Enjoy your movie!

The YouTube Team

1

**Additional Information:**

**Playback:** You must have an Internet connection to stream videos. Content is copy protected. UHD viewing supported only on Chromecast Ultra, additional Internet bandwidth required. HD viewing isn't available on web browsers. Supported devices

**Cancellations:** You can request a refund in the next 7 business days, as long as you have not begun watching your video. Refund policy

Because this item was available for immediate delivery, you've agreed to waive your statutory withdrawal period.

**Need help?** Contact support or visit our Help Center. Please do not reply to this email.

19 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

have received this mandatory email service announcement to update you about important changes to your YouTube product or account. View your email ns in your YouTube account.

Service Terms of Service

# permanent tsb

003/1171/2/2

MR MARK MAHON
2 MARINERS REST
MARINERS VIEW AVENUE
PASSAGE WEST
CO CORK

**About You**

Account Type:
**Everyday Bank A/C 2**
Account Number:
19766946
Bank Sort Code: 990706
Bank ID (BIC) IPBSIE2D
IBAN: IE70IPBS99070619766946

**Contact Us**

Call:1890 500 121
Email: info@permanenttsb.ie
www.permanenttsb.ie
Main Street
Douglas
Cork

**About Your Statement**

Statement Date: 09/01/2019
Statement Number: 00046
Page: 2 of 2

| Date | Details | Withdrawn | Paid In | Balance |
|------|---------|-----------|---------|---------|
| | Balance B/fwd | | | |
| 04JAN19 | | | | |
| 07JAN19 | POS GOOGLE YouTu 03/01 2 | 2.99 | | 104.41 |
| 07JAN19 | | | | |
| 07JAN19 | | | | |
| 07JAN19 | | | | |
| 07JAN19 | | | | |
| 08JAN19 | | | | |
| 09JAN19 | | | | |
| 09JAN19 | | | | |
| | Closing Balance | | | |

**Banking only better!**

Don't forget to let us know if any of your personal details change. You can drop into your local branch or call 1890 500 121 (00 353 1 212 4101 from abroad)

**This is an eligible deposit under the Deposit Guarantee Scheme. For more information please see the 'Deposit Guarantee Scheme-Depositor Information Sheet' available in branch or on www.permanenttsb.ie**

Don't have time to get to your branch? Log onto Open24.ie and see what you can do from the comfort of your own home. Check out our new account opening service today!

**Breakdown of Charges/Interest for the Quarterly Period up to 04/01/2019**

| Transactions | Fee | No. |
|--------------|-----|-----|
| Maintenance Fee | 18.00 | |
| Total Charge | €18.00 | |
| | | |
| Charges Due | €18.00 | |

The Total Amount Of 18.00 Will Be Deducted From Your Account 21 Days After The Statement Date

We certify that the within document is a true copy of the original.

Dated this 10 day of December 2019

Signed: _Comyn Kelleher Tobin_
Comyn Kelleher Tobin
Solicitors, 2 George's Quay, Cork

# EXHIBIT 34

| | |
|---|---|
| **From:** | Mia Jones |
| **To:** | Mark Mahon |
| **Cc:** | Juliet Carriker |
| **Subject:** | RE: MAINSAIL INVENTORY AT VISUAL DATA MEDIA SERVICES |
| **Date:** | 12 December 2019 14:59:03 |
| **Attachments:** | image002.png |

Certainly Mark, we will include that info as well.

Thanks,
Mia

Mia Jones
Director of Client Services
Visual Data Media Services
610 N. Hollywood Way
Burbank CA 91505
(818) 333-9677 (direct)
562-480-5051 (cell)


**From:** Mark Mahon <mmahon@maronpictures.net>
**Sent:** Thursday, December 12, 2019 2:46 PM
**To:** Mia Jones <mjones@visualdatamedia.com>
**Cc:** Juliet Carriker <jcarriker@visualdatamedia.com>
**Subject:** MAINSAIL INVENTORY AT VISUAL DATA MEDIA SERVICES

And thank you too for all your help, Mia.

If you could let me know the copies that were made from each master by Visual Data too please, and where they were shipped to around the world, I would be really very grateful.

Best wishes,

Mark



http://www.twitter.com/markmahon
http://www.maronpictures.com
http://www.freedomwithintheheart.com
http://www.facebook.com/FreedomWithinTheHeart
http://www.amazon.com/Brian-Boru-Freedom-Within-Heart-ebook/dp/B01650CPPQ
http://www.amazon.com/Freedom-Within-Heart-Complete-Graphic-ebook/dp/B016IT2SA6
http://www.strengthandhonorthemovie.com
http://www.facebook.com/strengthandhonorthemovie



This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If the reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please e-mail us at info@maronpictures.com or call 310-878-2283.

**From:** Mia Jones [mailto:mjones@visualdatamedia.com]
**Sent:** 12 December 2019 14:22
**To:** Mark Mahon
**Cc:** Juliet Carriker
**Subject:** RE: MAINSAIL INVENTORY AT VISUAL DATA MEDIA SERVICES


Perfect, thanks for confirming!

Mia Jones
Director of Client Services
Visual Data Media Services
610 N. Hollywood Way
Burbank CA 91505
(818) 333-9677 (direct)
562-480-5051 (cell)


**From:** Mark Mahon <mmahon@maronpictures.net>
**Sent:** Thursday, December 12, 2019 1:37 PM
**To:** Mia Jones <mjones@visualdatamedia.com>
**Cc:** Juliet Carriker <jcarriker@visualdatamedia.com>
**Subject:** MAINSAIL INVENTORY AT VISUAL DATA MEDIA SERVICES

Hi Mia,

Yes, only looking for assets for the title, Strength and Honour.

Best wishes,

Mark


http://www.twitter.com/markmahon
http://www.maronpictures.com