# EXHIBIT 35

| | |
|---|---|
| **From:** | Mia Jones |
| **To:** | Mark Mahon |
| **Subject:** | RE: MAINSAIL INVENTORY AT VISUAL DATA MEDIA SERVICES |
| **Date:** | 16 December 2019 17:08:24 |
| **Attachments:** | image002.png |
| | Strength Honour Assets 12-12-19 VDMS.xlsx |

Hi Mark,

Please see the attached list of assets we hold for the titles Strength & Honour.  The list indicate whether or not the assets are in or out of house and if they are out of house, where they were shipped and date of shipment.  It also notes the format and whether it was a source master we received or a deliverable we created.  Please review and let me know if you need any additional information.

Thanks,
MIa

Mia Jones
Director of Client Services
Visual Data Media Services
610 N. Hollywood Way
Burbank CA 91505
(818) 333-9677 (direct)
562-480-5051 (cell)

**From:** Mia Jones
**Sent:** Thursday, December 12, 2019 2:59 PM
**To:** Mark Mahon <mmahon@maronpictures.net>
**Cc:** Juliet Carriker <jcarriker@visualdatamedia.com>
**Subject:** RE: MAINSAIL INVENTORY AT VISUAL DATA MEDIA SERVICES

Certainly Mark, we will include that info as well.

Thanks,
Mia

Mia Jones
Director of Client Services
Visual Data Media Services
610 N. Hollywood Way
Burbank CA 91505
(818) 333-9677 (direct)
562-480-5051 (cell)

# EXHIBIT 36

[99]

| Disposition | Barcode | Title | Format | WO | Source | Deliverable | Date Shipped | Shipped To |
|---|---|---|---|---|---|---|---|---|
| In | 180698 | STRENGTH & HONOUR | DVD-R Audio | 78365 | x | | | |
| In | 250290 | STRENGTH & HONOUR | Digital Betacam | | x | | | |
| In | 253195 | STRENGTH & HONOUR | HDCAM | 79300 | | X | | |
| In | 254098 | STRENGTH & HONOUR | Digital Betacam | 80098 | x | | | |
| In | 259776 | STRENGTH & HONOUR | DVD | 79300 | x | | | |
| In | 261871 | STRENGTH & HONOUR | Digital Betacam | | x | | | |
| In | 261872 | STRENGTH & HONOUR | Digital Betacam | | x | | | |
| In | 261873 | STRENGTH & HONOUR | Digital Betacam | | x | | | |
| In | 261874 | STRENGTH & HONOUR | Digital Betacam | | x | | | |
| In | 261875 | STRENGTH & HONOUR | HDCAM SR | | x | | | |
| In | 261876 | STRENGTH & HONOUR | HDCAM SR | | x | | | |
| In | 261878 | STRENGTH & HONOUR | HDCAM SR | | x | | | |
| In | 261879 | STRENGTH & HONOUR | Digital Betacam | | x | | | |
| In | 261880 | STRENGTH & HONOUR | Digital Betacam | | x | | | |
| In | 261881 | STRENGTH & HONOUR | Mini DV | | x | | | |
| In | 261882 | STRENGTH & HONOUR | Mini DV | | x | | | |
| In | 261883 | STRENGTH & HONOUR | DVD-R Audio | | x | | | |
| In | 261884 | STRENGTH & HONOUR | DVD-R Audio | | x | | | |
| In | 261885 | STRENGTH & HONOUR | DVD-R Audio | | x | | | |
| In | 261886 | STRENGTH & HONOUR | DVD-R Audio | | x | | | |
| In | 261887 | STRENGTH & HONOUR | DVD-R Audio | | x | | | |
| In | 261888 | STRENGTH & HONOUR | DVD-R Audio | | x | | | |
| In | 261889 | STRENGTH & HONOUR | DVD-R Audio | | x | | | |
| In | 261890 | STRENGTH & HONOUR | DVD-R Audio | | x | | | |
| In | 261891 | STRENGTH & HONOUR | DVD-R Audio | | x | | | |
| In | 261892 | STRENGTH & HONOUR | DVD-R Audio | | x | | | |
| In | 263688 | STRENGTH & HONOUR | D5 | | x | | | |
| In | 265288 | STRENGTH & HONOUR | Digital Betacam | 78365 | x | | | |
| In | 265290 | STRENGTH & HONOUR | Digital Betacam | 78365 | x | | | |
| Out | 180700 | STRENGTH & HONOUR | DVD-R | 80098 | | x | 13/11/2009 | Falcon Films In Lebanon |
| Out | 180701 | STRENGTH & HONOUR | DVD-R | 80098 | | x | 13/11/2009 | Falcon Films In Lebanon |
| Out | 222734 | STRENGTH & HONOUR | Mini DV | 79300 | | x | 23/10/2009 | E1 Entertainment in London |
| Out | 250338 | STRENGTH & HONOUR | HDCAM SR | 79300 | | x | 23/10/2009 | E1 Entertainment in London |
| Out | 255136 | STRENGTH & HONOUR | Digital Betacam | 80098 | | x | 30/11/2009 | Falcon Films In Lebanon |
| Out | 255142 | STRENGTH & HONOUR | Digital Betacam | 80621 | | x | 30/11/2009 | Neoclassica in Russia |
| Out | 256400 | STRENGTH & HONOUR | Digital Betacam | 80174 | | x | 17/11/2009 | Vendetta Films in New Zealand |
| Out | 259449 | STRENGTH & HONOUR | DVD-R Audio | 79300 | | x | 23/10/2009 | E1 Entertainment in London |
| Out | 259451 | STRENGTH & HONOUR | DVD-R Audio | 79300 | | x | 23/10/2009 | E1 Entertainment in London |
| Out | 259452 | STRENGTH & HONOUR | DVD-R Audio | 79300 | | x | 23/10/2009 | E1 Entertainment in London |
| Out | 259453 | STRENGTH & HONOUR | DVD-R Audio | 79300 | | x | 23/10/2009 | E1 Entertainment in London |
| Out | 259454 | STRENGTH & HONOUR | DVD-R Audio | 79300 | | x | 23/10/2009 | E1 Entertainment in London |
| Out | 259777 | STRENGTH & HONOUR | DVD-R Audio | 80520 | | x | 20/11/2009 | Mainsail LLC in Nevada |

I certify that this document
is a true copy of the original.

Dated this 6 day of February 2020

Signed: _Comyn Kelleher Tobin_

Comyn Kelleher Tobin

Solicitors, 2 George's Quay, Cork

Strength Honour Assets 12-12-19 VDMS

Page 1

| Out | 259778 | STRENGTH & HONOUR | DVD-R Audio | 80520 | | x | 20/11/2009 | Mainsail LLC in Nevada |
|---|---|---|---|---|---|---|---|---|
| Out | 261877 | STRENGTH & HONOUR | HDCAM SR | | x | | 22/10/2009 | Technicolor L.A. In Hollywood, CA |
| Out | 263626 | STRENGTH & HONOUR | DVD-R Video | | x | | 31/05/2017 | Shoreline Entertainment in Beverly Hills |
| Out | 263627 | STRENGTH & HONOUR | DVD-R Video | | x | | 31/05/2017 | Shoreline Entertainment in Beverly Hills |
| Out | 266100 | STRENGTH & HONOUR | Betacam SP | 83369 | | x | 08/02/2010 | P.T. Parkit in Indonesia |
| Out | 302739 | STRENGTH & HONOUR | HDCAM SR | 84942 | | x | 15/03/2010 | Motion Link in Australia |
| Out | 310282 | STRENGTH & HONOUR | DVD-R Audio | 89897 | | x | 23/06/2010 | MIS LABEL in Denmark |
| Out | 310283 | STRENGTH & HONOUR | DVD-R Audio | 89897 | | x | 23/06/2010 | MIS LABEL in Denmark |
| Out | 310284 | STRENGTH & HONOUR | DVD-R Audio | 89897 | | x | 23/06/2010 | MIS LABEL in Denmark |
| Out | 310285 | STRENGTH & HONOUR | DVD-R Audio | 89897 | | x | 23/06/2010 | MIS LABEL in Denmark |
| Out | 310286 | STRENGTH & HONOUR | DVD-R Audio | 89897 | | x | 23/06/2010 | MIS LABEL in Denmark |
| Out | 310765 | STRENGTH & HONOUR | Digital Betacam | 89897 | | x | 23/06/2010 | MIS LABEL in Denmark |
| Out | 312875 | STRENGTH & HONOUR | Digital Betacam | 91291 | | x | 20/07/2010 | IPA in Burbank |
| Out | 319991 | STRENGTH & HONOUR | Digital Betacam | 98204 | | x | 08/10/2010 | Village Roadshow Film Distributors SA in Greece |
| Out | 319992 | STRENGTH & HONOUR | Digital Betacam | 98204 | | x | 08/10/2010 | Village Roadshow Film Distributors SA in Greece |
| Out | 320483 | STRENGTH & HONOUR | DVD-R Audio | 98204 | | x | 08/10/2010 | Village Roadshow Film Distributors SA in Greece |
| Out | 320484 | STRENGTH & HONOUR | DVD-R Audio | 98204 | | x | 08/10/2010 | Village Roadshow Film Distributors SA in Greece |
| Out | 344098 | STRENGTH & HONOUR | HDCAM | 119125 | | x | 02/08/2011 | Falcon Films in Dubai |

[167]

We certify that the within document
is a true copy of the original.

Dated this 6 day of February 2020

Signed: Comyn Kelleher Tobin
Comyn Kelleher Tobin
Solicitors, 2 George's Quay, Cork

# EXHIBIT 37

# MARK MAHON

**Mariners Rest,**
**Mariners View Avenue,**
**Passage West,**
**Cork,**
**Ireland**

December 12, 2019

Via UPS with certified tracking no.: 1Z E43 2R2 04 9170 8717

YouTube, LLC
901 Cherry Ave.,
San Bruno,
CA 94066
U.S.A.

Re: **Demand for Payment**

Dear Sirs,

It is with great regret that I am forced to inform YouTube, LLC that my copyright protected masters (STRENGTH AND HONOUR) were unlawfully copied in California contrary to Federal Copyright Law. (17 U.S.C. §§ 101, et seq.) By consequence, YouTube, LLC have been infringing my copyright as YouTube, LLC have been unlawfully selling and broadcasting my Copyright protected motion picture, 'Strength and Honour' starring Michael Madsen, Vinnie Jones and Richard Chamberlain on your platform in Ireland, the United Kingdom and Europe for the last several years. YouTube, LLC did not have permission from me or any legal right to sell my Copyright protected motion picture, reproduce my copyrighted work, rent, sell, broadcast or perform my copyrighted motion picture publicly and/or intentionally distort or modify same, including the award-winning cover and/or the individual images. Accordingly, YouTube, LLC owes me the sum of €7,885,865 which are my actual damages. I have attached a copy of a proof of purchase from YouTube, LLC dated Jan 2nd, 2019, dated screenshots and a certified copy of my bank statement proving the payment went to YouTube to support this claim. I have also attached a letter from my Chartered Accountants and Registered Auditors, Moore, confirming my actual costs /damages which you are now liable for and am entitled to recover pursuant to Federal Copyright Law (17 U.S.C. § 504), and a certified copy of my Certificate of Registration from the United States Copyright Office, PA 1-398-376, certified by Comyn, Kelleher, Tobin Solicitors. Based on a euro/dollar rate of 1.11, €7,885,865 converts to U.S. $8,753,310 which I now require payment of.

This will be YouTube, LLC only chance to settle this matter before I file suit against YouTube, LLC in Federal Court for Copyright Infringement. I am also aware that YouTube, LLC infringed my Copyright outside of the United States, but am legally still entitled to recover my "actual damages" through the United States Federal Court system under

extraterritoriality copyright infringement because my ***motion picture masters*** were unlawfully copied in the State of California. *Sheldon v. Metro-Goldwyn Pictures Corporation*, 106 F.2d 45, 52 (2d Cir. 1939); *Famous Music Corporation v. Seeco Records, Inc.,* 201 F. Supp. 560, 568-69 (S.D.N.Y. 1961); *Subafilms, Ltd. v. MGM-Pathe Communications Co.,* 24 F.3d 1088 (9th Cir. 1994); *Update Art, Inc. v. Modiin Publishing, Ltd.,* 843 F.2d 67, 73 (2d Cir. 1988). See also *Los Angeles News Ser. v. Reuters Television I*, 149 F.3d 987 (9th Cir. 1998).

Please contact me on or before January 1st, 2020 for purposes of settling this matter. If I do not hear from YouTube, LLC before January 22nd, 2020, I will file a lawsuit against YouTube, LLC in Federal Court without further notice. It is in YouTube, LLC best interest to settle before a lawsuit is filed, as YouTube, LLC will also be ordered to pay full court costs plus attorney fees. I am also reserving my right to file separate lawsuits in each pertinent European jurisdiction too, which is still under discussion.

Based on the foregoing, I expect payment in the amount of **U.S. $8,753,310** made payable to me at Mariners Rest, Mariners View Avenue, Passage West, Cork, Ireland no later than January 22nd, 2020, which will end my dispute with YouTube, LLC. (I can be reached directly at the phone number and email address below.) If YouTube, LLC decide to ignore this demand for payment, I will further pursue all legal remedies through Federal Court without any further notice. This letter serves as evidence that I have attempted to resolve this matter informally.

Sincerely,

Mark Mahon
Mariners Rest,
Mariners View Avenue,
Passage West,
Cork,
Ireland
Telephone: +353 87 742 4444
email: movieman1000@live.com

 **MOORE**

Chartered Accountants and
Registered Auditors
Ulysses House, Foley St
Dublin 1, Ireland
T +353 (0) 1 888 1004
F +353 (0) 1 888 1005

83 South Mall
Cork, Ireland
T +353 (0) 21 427 5176
F +353 (0) 21 427 7305

www.mooreireland.ie

S795/TPL/cl/562513

**Strictly Private & Confidential**
YouTube, LLC,
901 Cherry Ave.,
San Bruno,
CA 94066,
U.S.A.

12th December 2019

**Without Prejudice**

**Expenditure /costs incurred by Mr. Mark Mahon in connection with the creation, production and delivery of the Motion Picture 'Strength and Honour'**

Dear Sirs,

We act as Advisors for Mark Mahon, the Copyright owner of the screenplay and motion picture, 'Strength and Honour' which included the actors, Michael Madsen, Vinnie Jones and Richard Chamberlain.

We have over the past ten years been actively involved in all the financial aspects of Mr. Mahon's affairs principally related to the production of the motion picture, 'Strength and Honour'.

We have computed the expenditure / costs associated with the motion picture and the significant personal time invested by Mr. Mahon in dealing with the various aspects of same. We calculated, based on the financial information including accounts, documents, information and explanations provided to us that the expenditure /costs incurred to date amounts to **€7,885,865.**

Based on a euro/dollar rate of 1.11, this converts to **U.S. $8,753,310.**

We have not, to date, been instructed to carry out a final audit or examination of the above figure and therefore we have not verified the accuracy or completeness of the accounting records or information and explanations given to us and we do not therefore, express any opinion on the financial information provided.

We trust this is in order.

Yours sincerely,

Moore

Moore
Chartered Accountants

Partners: Edmond J. Murphy FCA, Trevor P. Leacy FCA, Diarmuid O'Connell FCA, John A. Callaghan FCA, Eoin G. Lehane FCCA ATI, Brian Hayes FCA CMIIA, Brian Kearney FCA, Cormac Reilly FCCA, Padraig O'Donoghue AITI CTA, Eoghan Bracken AITI

Registered to carry on audit work and authorised to carry on investment business by Chartered Accountants Ireland. An independent member firm of Moore Global Network Limited – members in principalities throughout the world

Helping You Thrive In A Changing World

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

§705. It will ap
the Informatio.
............ registration may be refused or delayed,
and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-398-376**

PA00013983764

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

05 / 03 / 2017
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**
STRENGTH AND HONOUR

**Registration Number of the Basic Registration ▼**
PA 1-642-297

**Year of Basic Registration ▼**
August 6, 2009

**Name(s) of Author(s) ▼**
Maron Pictures

**Name(s) of Copyright Claimant(s) ▼**
Maron Pictures

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number  4          Line Heading or Description  Author

**Incorrect Information as It Appears in Basic Registration ▼**
Maron Pictures

**Corrected Information ▼**
Mark Mahon

**Explanation of Correction ▼**
MARK MAHON, IRISH CITIZEN, MADE A FILING ERROR AND PLACED HIS COMPANY NAME IN EVERY PLACE WHERE HIS NAME SHOULD HAVE BEEN PLACED IN ERROR. MARK MAHON IS THE WRITER, PRODUCER, DIRECTOR AND COPYRIGHT OWNER OF STRENGTH AND HONOUR.

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____          Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

We certify that the within document is a true copy of the original.

Dated this  10  day of  December  2019

Signed:  *Comyn Kelleher Tobin*

Comyn Kelleher Tobin
Solicitors, 2 George's Quay, Cork

---

**MORE ON BACK ▶**   · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.   · Sign the form at Space F.

**DO NOT WRITE HERE**
Page 1 of _____ pages

FORM CA RECEIVED

FORM CA

05/03/2017

FUNDS RECEIVED DATE

05/03/2017

EXAMINED BY

SGM

CORRESPONDENCE ✗

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ☐ Part C

**D**

Line No. 8 under Copyright Claimant states Maron Pictures. This should be augmented to Mark Mahon.

Line No. 13 under Rights and Permissions states Maron Pictures. This should be augmented to Mark Mahon.

Line No. 14 under Certification states Maron Pictures. This should be augmented to Mark Mahon

Correspondence: Give name and address to which correspondence about this application should be sent.

Mark Mahon

**E**

Mariners Rest, Mariners View Avenue, Passage, Cork, IRELAND

Phone ( 353 )  Fax ( 353 )  Email

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☑ author
☑ other copyright claimant
☑ owner of exclusive right(s)
☐ duly authorized agent of

Mark Mahon

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼  Mark Mahon

Date ▼  April 18, 2017

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Mark Mahon

Number/Street/Apt ▼
Mariners Rest, Mariners View Avenue, Passage,

City/State/ZIP ▼
Cork, IRELAND

**G**

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
money order payable to Register of
Copyrights
MAIL TO:
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011  Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

is a true copy of the original.

Dated this 10 day of December 2019

Signed Comyn Kelleher Tobin

Comyn Kelleher Tobin
Solicitors, 2 George's Quay, Cork

[173]

| | |
|---|---|
| **From:** | YouTube [noreply-purchases@youtube.com] |
| **Sent:** | 02 January 2019 15:36 |
| **To:** | |
| **Subject:** | Your YouTube Receipt |



# Hello

**Strength and Honour**

YOCREIPT XW8O6b2AFCGKK

Jan 2 2019

Strength and Honour

Purchases

1

Additional Information.

**Playback:** You must have an Internet connection to stream videos. Content is copy protected. UHD viewing supported only on Chromecast Ultra, additional Internet bandwidth required. HD viewing not available on web browsers. **Supported devices**

**Cancellations:** You can request a refund in the next 2 business days, as long as you have not begun watching your video.

**Refund policy**

Because this item was available for immediate delivery, you've agreed to waive your statutory withdrawal period.

Need help? **Contact support** or **visit our Help Center**. Please do not reply to this email.

To unsubscribe from our mailing email service, you can turn off or update your email notification settings for your account and to cancel your video email settings on your YouTube account.

Service Terms of Service

# permanent tsb

003/1171/2/2

MR MARK MAHON
2 MARINERS REST
MARINERS VIEW AVENUE
PASSAGE WEST
CO CORK

**About You**

Account Type:
**Everyday Bank A/C 2**
Account Number:
19766946
Bank Sort Code: 990706
Bank ID (BIC) IPBSIE2D
IBAN: IE70IPBS99070619766946

**Contact Us**

Call:1890 500 121
Email: info@permanenttsb.ie
www.permanenttsb.ie
Main Street
Douglas
Cork

**About Your Statement**

Statement Date: 09/01/2019
Statement Number: 00046
Page: 2 of 2

| Date | Details | Withdrawn | Paid In | Balance |
|---|---|---|---|---|
| | Balance B/fwd | | | |
| 04JAN19 | | | | |
| 07JAN19 | POS GOOGLE YouTu 03/01 2 | 2.99 | | 104.41 |
| 07JAN19 | | | | |
| 07JAN19 | | | | |
| 07JAN19 | | | | |
| 07JAN19 | | | | |
| 08JAN19 | | | | |
| 09JAN19 | | | | |
| 09JAN19 | | | | |
| | Closing Balance | | | |

**Banking only better!**

Don't forget to let us know if any of your personal details change. You can drop into your local branch or call 1890 500 121 (00 353 1 212 4101 from abroad)

**This is an eligible deposit under the Deposit Guarantee Scheme. For more information please see the 'Deposit Guarantee Scheme-Depositor Information Sheet' available in branch or on www.permanenttsb.ie**

Don't have time to get to your branch? Log onto Open24.ie and see what you can do from the comfort of your own home. Check out our new account opening service today!

### Breakdown of Charges/Interest for the Quarterly Period up to 04/01/2019

| Transactions | Fee | No. |
|---|---|---|
| Maintenance Fee | 18.00 | |
| Total Charge | €18.00 | |
| | | |
| Charges Due | €18.00 | |

The Total Amount Of 18.00 Will Be Deducted From Your Account 21 Days After The Statement Date

We certify that the within document is a true copy of the original.

Dated this 10 day of December 2019

Signed: George Kelleher Tobin
Comyn Kelleher Tobin
Solicitors, 2 George's Quay, Cork











# EXHIBIT 38

 **MOORE**

Chartered Accountants and
Registered Auditors

Ulysses House, Foley St
Dublin 1, Ireland
T +353 (0) 1 888 1004
F +353 (0) 1 888 1005

83 South Mall
Cork, Ireland
T +353 (0) 21 427 5176
F +353 (0) 21 427 7305

www.mooreireland.ie

S795/TPL/cl/562513

**Strictly Private & Confidential**
YouTube, LLC,
901 Cherry Ave.,
San Bruno,
CA 94066,
U.S.A.

12th December 2019

**Without Prejudice**

**Expenditure /costs incurred by Mr. Mark Mahon in connection with the creation, production and delivery of the Motion Picture 'Strength and Honour'**

Dear Sirs,

We act as Advisors for Mark Mahon, the Copyright owner of the screenplay and motion picture, 'Strength and Honour' which included the actors, Michael Madsen, Vinnie Jones and Richard Chamberlain.

We have over the past ten years been actively involved in all the financial aspects of Mr. Mahon's affairs principally related to the production of the motion picture, 'Strength and Honour'.

We have computed the expenditure / costs associated with the motion picture and the significant personal time invested by Mr. Mahon in dealing with the various aspects of same. We calculated, based on the financial information including accounts, documents, information and explanations provided to us that the expenditure /costs incurred to date amounts to **€7,885,865.**

Based on a euro/dollar rate of 1.11, this converts to **U.S. $8,753,310.**

We have not, to date, been instructed to carry out a final audit or examination of the above figure and therefore we have not verified the accuracy or completeness of the accounting records or information and explanations given to us and we do not therefore, express any opinion on the financial information provided.

We trust this is in order.

Yours sincerely,

Moore

Moore
Chartered Accountants

Partners: Edmond J. Murphy FCA, Trevor P. Leacy FCA, Diarmaid O'Connell FCA, John A. Callaghan FCA, Eoin G. Lehane FCCA ATI, Brian Hayes FCA CMIIA, Brian Kearney FCA, Cormac Reilly FCCA, Padraig O'Donoghue AITI CTA, Eoghan Bracken AITI

Registered to carry on audit work and authorised to carry on investment business by Chartered Accountants Ireland  An independent member firm of Moore Global Network Limited – members in principalities throughout the world

Helping You Thrive In A Changing World

# EXHIBIT 39

| | |
|---|---|
| **From:** | YouTube Legal Support Team |
| **To:** | movieman1000@live.com |
| **Subject:** | YouTube Legal Support |
| **Date:** | 02 January 2020 20:18:21 |

Hello,

If you believe you hold the copyright to the content in question, you may wish to file a copyright complaint. To learn more about how to file a copyright complaint, please visit http://www.youtube.com/t/dmca_policy.

Sincerely,
The YouTube Team

# EXHIBIT 40

| | |
|---|---|
| **From:** | Simon Osborn |
| **To:** | movieman1000@live.com |
| **Subject:** | Strength & Honour |
| **Date:** | 08 January 2020 02:09:00 |
| **Attachments:** | image001.png |

Dear Mark

By way of introduction, I head up the legal affairs team here at eOne.

We've recently been informed by a couple of our digital platform partners that you have queried their entitlement to be offering the above film.

As you might recall, Entertainment One were granted all linear distribution rights, which included 'all means of download and streaming', in this film by way of an agreement with Mainsail LLC on behalf of Maron Pictures LC dated 16 May 2009. Those rights have been granted for a fifteen year term from early 2010. As such, we have been and remain the exclusive licensee of this title for a further five years. Please be re-assured that we have authorised the likes of iTunes, Google and other digital platforms in the UK and Eire to offer the title for sale and they have not been infringing the copyright in this film.

Please let me know if you have any remaining queries but otherwise I should be grateful if you would confirm that no further action will be taken against these platforms or any other service in the UK and Eire.

Yours sincerely

Simon



**Simon Osborn | Head of Legal and Business Affairs, Distribution**
www.entertainmentone.com Tel: 0203 691 8566
45 Warren Street | London W1T 6AG | UK

# EXHIBIT 41

| | |
|---|---|
| **From:** | M Mahon |
| **To:** | "Simon Osborn" |
| **Subject:** | Strength & Honour |
| **Date:** | 10 January 2020 03:11:00 |
| **Attachments:** | image001.png |
| | Entertainment One Demand Letter Dec-12-2019.pdf |

Dear Simon,

Thank you for your email and for confirming that a couple of your digital platform partners have been in touch with you. I confirm that Apple Inc. informed me that Entertainment One US LP gave it to them too. Further to your query, I also have attached for your attention a financial demand issued to Entertainment One via the Santa Monica office dated Dec 12, 2019. I also can confirm that the **only** company that I assigned my rights to were Maron Pictures Ltd. t/a Maron Pictures LLC and Maron Pictures, who in turn **only** assigned the distribution right (**17 USC § 106 (3)**) to Mainsail LLC. However on October 1, 2015 due to non-payment of my consideration from Maron Pictures Ltd. because Maron Pictures were never paid one cent by Mainsail LLC and/or received a single royalty report, I personally **revoked all rights** that I had assigned to Maron Pictures Ltd. in accordance with my 2006 agreements.

Mainsail LLC then further subsequently claimed in official court records that Maron Pictures Ltd. never delivered my motion picture to them, which Maron Pictures did and that court deemed their agreement was never fully executed or in force, which the court ruled, i.e. so this means Mainsail LLC actually had **no legal right** to use or sell my Copyright protected intellectual property. Separately, it had **zero legal right** to reproduce copies of my copyright protected motion picture masters provided to them, reproduce derivatives based upon my copyrighted work, copy any derivatives of my copyrighted work that were used for broadcast purposes which were all provided to them and/or intentionally distort or modify same, including the award-winning cover provided and/or the individual images. However, the ruling now being so, it means that they unlawfully copied my *copyright protected motion picture masters* in the State of California, which I now also have proof of and those same illicit copies were distributed throughout the world and used on a continuous accrual basis without my consent contrary to U.S. Federal Copyright Law. (17 USC §§ 106 (1), 106 (2), 106 (4), 106 (5), 106 (6) and 106A.) Further, pursuant to 17 USC § 201 (d) 'Transfer of Ownership' "(1) The ownership of a copyright may be transferred in whole or in part by any means of conveyance or by operation of law" and "(2) [a]ny of the exclusive rights comprised in a copyright, including any subdivision of any rights specified by section 106, may be transferred as provided by clause (1) and owned separately. The owner of any particular exclusive right is entitled, to the extent of that right, to all of the protection and remedies accorded to the copyright owner by this title." Needless to say, in accordance with 17 USC § 201, my copyright protected motion picture has been directly infringed and infringed independently contrary to 17 USC §§ 106 (1), 106 (2), 106 (3), 106 (4), 106 (5), 106 (6) and infringed by the illicit covers used pursuant to 17 USC § 106A. Furthermore, Entertainment One's agreement is between "MAINSAIL, LLC ("Licensor")" of Sam Eigen, 3440 E. Russell Road #301-31, Las Vegas, Nevada 89120, USA and "E1 ENTERTAINMENT UK LTD", so I respectfully suggest that Entertainment One address any grievances which it may seek recourse or recompense on with Mainsail LLC directly. On a separate note and for your own information, even if the Agreement between Mainsail LLC and Maron Pictures LLC had been deemed to be in force, Mainsail LLC were granted "the entire world, excluding the North America and **Ireland**", so they had no authority whatsoever to assign the jurisdiction of Ireland to Entertainment One either.

In point of fact, Mainsail LLC provided Entertainment One with stolen goods but you can take this issue up with them for creating this unfortunate situation for you and consequently, Entertainment One is now an infringer of my copyright, PA 1-398-376. Accordingly, as per my demand, Entertainment One owe me the sum of U.S. $9,220,235 which are my actual damages including Entertainment One's profits and am entitled to fully recover pursuant to Federal Copyright Law (17 U.S.C. § 504) because Entertainment One have been directly infringing my copyright by reproducing, broadcasting and selling my copyright protected motion picture without my consent and distorted, mutilated, and modified my award-winning cover contrary to 17 USC § 106A.

I also am confirming that copyright infringement lawsuits are currently being drafted against several companies including Entertainment One US LP, which will be filed in the United States Federal Court system at the end of January for extraterritoriality copyright infringement because my **motion picture masters** were unlawfully copied in the State of California and subsequently used without my consent, unless matters are amicably resolved. If Entertainment One want to propose a meaningful settlement offer given the circumstances outlined above then I am open to engaging in this discussion. Further, I also am reserving my right to take separate legal actions directly in the jurisdictions of Ireland, the U.K. and Europe against known infringers too and can confirm that I have already initiated matters with a legal firm in relation to same.

Best wishes,

Mark Mahon

**From:** Simon Osborn [mailto:SOsborn@entonegroup.com]
**Sent:** 08 January 2020 02:09
**To:** movieman1000@live.com
**Subject:** Strength & Honour

Dear Mark

By way of introduction, I head up the legal affairs team here at eOne.

We've recently been informed by a couple of our digital platform partners that you have queried their entitlement to be offering the above film.

As you might recall, Entertainment One were granted all linear distribution rights, which included 'all means of download and streaming', in this film by way of an agreement with Mainsail LLC on behalf of Maron Pictures LC dated 16 May 2009. Those rights have been granted for a fifteen year term from early 2010. As such, we have been and remain the exclusive licensee of this title for a further five years. Please be re-assured that we have authorised the likes of iTunes, Google and other digital platforms in the UK and Eire to offer the title for sale and they have not been infringing the copyright in this film.

Please let me know if you have any remaining queries but otherwise I should be grateful if you would confirm that no further action will be taken against these platforms or any other service

in the UK and Eire.

Yours sincerely

Simon



**Simon Osborn | Head of Legal and Business Affairs, Distribution**
www.entertainmentone.com Tel: 0203 691 8566
45 Warren Street | London W1T 6AG | UK

# EXHIBIT 42

404 Not Found



This page isn't available. Sorry about that.
Try searching for something else.

Search

[193]

# EXHIBIT 43

| | |
|---|---|
| **From:** | M Mahon |
| **To:** | "YouTube Legal Support Team" |
| **Subject:** | YouTube Legal Support |
| **Date:** | 24 January 2020 04:20:00 |

To whom it may concern,

Thank you for your email. Do you have a contact in YouTube Legal Team who I can contact directly, as the YouTube link is no good. Further, YouTube were still selling my motion picture and still violated my Copyright which I need to be compensated for.

I look forward to hearing from you.

Best wishes,

Mark Mahon

**From:** YouTube Legal Support Team [mailto:other-legal+0rrxed6y7mqt60m@support.youtube.com]
**Sent:** 02 January 2020 20:18
**To:** movieman1000@live.com
**Subject:** YouTube Legal Support

Hello,

If you believe you hold the copyright to the content in question, you may wish to file a copyright complaint. To learn more about how to file a copyright complaint, please visit http://www.youtube.com/t/dmca_policy.

Sincerely,
The YouTube Team

[195]

# EXHIBIT 44

| | |
|---|---|
| **From:** | YouTube Legal Support Team |
| **To:** | movieman1000@live.com |
| **Subject:** | YouTube Legal Support |
| **Date:** | 26 January 2020 22:19:44 |

Hello,

If you believe you hold the copyright to the content in question, you may wish to file a copyright complaint. To learn more about how to file a copyright complaint, please visit http://www.youtube.com/t/dmca_policy.

Sincerely,
The YouTube Team

On January 24, 2020 movieman1000@live.com wrote:

To whom it may concern,

Thank you for your email. Do you have a contact in YouTube Legal Team who I can contact directly, as the YouTube link is no good. Further, YouTube were still selling my motion picture and still violated my Copyright which I need to be compensated for.

I look forward to hearing from you.

Best wishes,

Mark Mahon

**From:** YouTube Legal Support Team [mailto:other-legal+0rrxed6y7mqt60m@support.youtube.com]
**Sent:** 02 January 2020 20:18
**To:** movieman1000@live.com
**Subject:** YouTube Legal Support

Hello,

If you believe you hold the copyright to the content in question, you may wish to file a copyright complaint. To learn more about how to file a copyright complaint, please visit http://www.youtube.com/t/dmca_policy.

[197]

Sincerely,
The YouTube Team