**MAYER BROWN LLP**
GRAHAM (GRAY) BUCCIGROSS (SBN 234558)
gbuccigross@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

A. JOHN P. MANCINI (*pro hac vice pending*)
jmancini@mayerbrown.com
OLENA V. RIPNICK-O'FARRELL (*pro hac vice pending*)
oripnick-ofarrell@mayerbrown.com
1221 Avenue of the Americas
New York, NY, 10020-1001
Telephone: (212) 506-2500
Facsimile:  (212) 262-1910

Attorneys for Defendants YouTube LLC
and Google LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK MAHON,<br><br>              Plaintiff,<br><br>     v.<br><br>YOUTUBE LLC, et al.,<br><br>              Defendants. | **CASE NO. 3:20-cv-01525-SK**<br><br>**GOOGLE LLC'S CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. XXVI Holdings Inc., which is the direct parent of Google LLC.
2. Alphabet Inc., which is the direct parent of XXVI Holdings Inc.
3. YouTube LLC, which is a defendant in this proceeding and a subsidiary of Google LLC.

Dated: March 24, 2020

MAYER BROWN LLP

By: /s/ Graham (Gray) Buccigross
    Graham (Gray) Buccigross

Attorneys for Defendants YouTube LLC and Google LLC