**MAYER BROWN LLP**
GRAHAM (GRAY) BUCCIGROSS (SBN 234558)
gbuccigross@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

A. JOHN P. MANCINI (*pro hac vice pending*)
jmancini@mayerbrown.com
OLENA V. RIPNICK-O'FARRELL (*pro hac vice pending*)
oripnick-ofarrell@mayerbrown.com
1221 Avenue of the Americas
New York, NY, 10020-1001
Telephone:  (212) 506-2500
Facsimile:   (212) 262-1910

Attorneys for Defendants YouTube LLC
and Google LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAHON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YOUTUBE LLC, et al.,<br><br>　　　　　Defendants. | **CASE NO. 3:20-cv-01525-SK**<br><br>**GOOGLE LLC'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses that it is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated:  March 24, 2020    MAYER BROWN LLP

By: /s/ Graham (Gray) Buccigross
Graham (Gray) Buccigross

Attorneys for Defendants YouTube LLC and Google LLC