**MAYER BROWN LLP**
GRAHAM (GRAY) BUCCIGROSS (SBN 234558)
gbuccigross@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

A. JOHN P. MANCINI (*pro hac vice pending)*
jmancini@mayerbrown.com
OLENA V. RIPNICK-O'FARRELL (*pro hac vice pending)*
oripnick-ofarrell@mayerbrown.com
1221 Avenue of the Americas
New York, NY, 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for Defendants YouTube LLC
and Google LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARK MAHON,

Plaintiff,

v.

YOUTUBE LLC, et al.,

Defendants.

**CASE NO. 3:20-cv-01525-SK**

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Judge: Hon. Sallie Kim

Pursuant to Local Rule 6-1(a), the Parties hereby stipulate to extend the time for Defendants YouTube LLC and Google LLC to file their answers or otherwise respond to Plaintiff's Complaint for Copyright Infringement and Infringement of Right of the Author filed March 2, 2020 [Doc. 1], such that Defendants shall have up to and including April 15, 2020, to respond. This stipulation does not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

DATED: March 24, 2020

MAYER BROWN LLP

By: *<u>/s/ Graham (Gray) Buccigross</u>*

**MAYER BROWN LLP**
GRAHAM (GRAY) BUCCIGROSS (234558)
gbuccigross@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

A. JOHN P. MANCINI
jmancini@mayerbrown.com
OLENA V. RIPNICK-O'FARRELL
oripnick-ofarrell@mayerbrown.com
1221 Avenue of the Americas
New York, NY, 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for Defendants YouTube LLC and Google LLC*

By: *<u>/s/ Mark Mahon</u>*

MARK MAHON
Mariners Rest
Mariners View Avenue
Passage West
Cork, Ireland
Telephone: + 353 87 742 4444
*movieman1000@live.com*

*Plaintiff, appearing pro se*

Pursuant to Civil L.R. 5-1(i)(3), I Graham (Gray) Buccigross, attest under penalty of perjury that concurrence in the filing of this document has been obtained by all signatories.

Dated: March 24, 2020

*/s/ Graham (Gray) Buccigross*____
Graham (Gray) Buccigross

2
STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 3:20-cv-01525-SK