1

**<u>DECLARATION OF MARK MAHON</u>**

2      I, Mark Mahon declare:

3          1.      I am the Plaintiff in this matter and am representing myself on a Pro Se

4      basis.

5          2.      I make this declaration in support of the exhibits that are attached to my Complaint

6      which was filed against Defendants, YouTube LLC., Google LLC, D/B/A YouTube., and DOES

7      1 – 12 at the USDC Northern District of California on March 2, 2020 and amended March 23,

8      2020.

9          3.      Exhibit 1 is a true and correct copy of the only authorized, copyright protected

10      'STRENGTH AND HONOUR' cover/poster that was only ever legally approved for use.

11          4.      Exhibit 2 is a true and correct copy of United States Copyright Certificate of

12      Registration for the Motion Picture, STRENGTH AND HONOUR, no. PA 1-398-376, a certified

13      copy by Comyn, Kelleher, Tobin Solicitors

14          5.      Exhibit 3 are true and correct copies of photographs of me during my two year film

15      festival promotional campaign taken from different film festival/film events all over the world.

16          6.      Exhibit 4 is a true and correct copy of the Palace of Monaco invitation that I

17      received for a Royal screening of 'STRENGTH AND HONOUR' at the Palace of Monaco by His

18      Serene Highness, Prince Albert, Sovereign Prince of Monaco. The photographs are true and

19      correct copies at the Palace too.

20          7.      Exhibit 5 are true and correct copies of photographs of me and the motion picture's

21      leading actor, Michael Madsen on the Today Show in New York. We were invited on the show to

22      discuss my motion picture 'STRENGTH AND HONOUR' on its own merits.

23          8.      Exhibit 6 is a true and correct copy of the United States Copyright Certificate of

24      Registration for the Screenplay of STRENGTH AND HONOR, no. TXul-289-556, a true copy

25      certified by Comyn, Kelleher, Tobin Solicitors.

26          9.      Exhibit 7 is a true and correct copy of my 'Agreement to Acquire Literary

27      Material,' entered into on September 25, 2006. This true copy of the original is certified by

28      Comyn, Kelleher, Tobin Solicitors.

17

CASE NO. 3:20-CV-01525-SK ; DECLARATION OF MARK MAHON IN SUPPORT OF EXHIBITS
ATTACHED TO AMENDED COMPLAINT

1    10.   Exhibit 8 is a true and correct copy of my 'Agreement to Acquire Authorship

2    Rights,' entered into on September 25, 2006. This true copy of the original is certified by Comyn,

3    Kelleher, Tobin Solicitors.

4    11.   Exhibit 9 is a true and correct copy of my 'Notice of Contract Revocation' dated

5    October 1, 2015, a true copy of the original certified by Comyn, Kelleher, Tobin Solicitors.

6    12.   Exhibit 10 is a true and correct copy of an email delivering the key art PSD file for

7    the only authorized 'STRENGTH AND HONOUR' cover, poster to Shoreline Entertainment, Inc.

8    [Mainsail LLC], dated April 18, 2009.

9    13.   Exhibit 11 is a true and correct copy of an email acknowledging receipt of Master

10   elements from Visual Data in Burbank, California and a report of same, dated August 25, 2009.

11   14.   Exhibit 12 is a true and correct copy of the Masters Report of the master elements

12   that were provided to Visual Data in Burbank, California for the only legally authorized trailer,

13   which shows awards won, dated October 15, 2010. This true copy of the original is also certified

14   by Comyn, Kelleher, Tobin Solicitors.

15   15.   Exhibit 13 is a true and correct copy of the illicit cover used in Ireland in or around

16   January, 2010 in violation of my contract, copyright and moral rights.

17   16.   Exhibit 14 is a true and correct copy of the illicit cover used by Defendants in

18   violation of the Motion Picture's leading actor, Michael Madsen's contract, my contract, my

19   copyright and Moral Rights.

20   17.   Exhibit 15 is a true and correct copy of the "cease and desist" email sent to

21   Mainsail LLC, dated January 30, 2010.

22   18.   Exhibit 16 is a true and correct copy of the Final Warning email to Mainsail LLC

23   dated January 31, 2010.

24   19.   Exhibit 17 is a true and correct copy of the download link sent via YouSendIt,

25   which included all of Maron Picture's agreements including plaintiff's, cast and crew contracts in

26   relation to the Motion Picture, 'STRENGTH AND HONOUR' and was sent to Mainsail

27   LLC/ShorelineEntertainment, Inc. on September 15, 2009.

28   20.   Exhibit 18 is a true and correct copy of an email from Poonam Sahota of

18

CASE NO. 3:20-CV-01525-SK ; DECLARATION OF MARK MAHON IN SUPPORT OF EXHIBITS
ATTACHED TO AMENDED COMPLAINT

1  Entertainment One to Maron Pictures, dated February 9, 2010.

2      21.   Exhibit 19 is a true and correct copy of an email from Maron Pictures to

3  Entertainment One stating that it was "not happy about proceeding with the current marketing and

4  artwork" and is "a clear breach of Mr. Madsen's and [Plaintiff's] contract, dated February 12,

5  2010.

6      22.   Exhibit 20 is a true and correct copy of an email from Maron Pictures to

7  Entertainment One stating that "[Maron Pictures] never agreed on the phone that [Maron

8  Pictures] would allow initial stock to go out", dated February 12, 2010.

9      23.   Exhibit 21 is a true and correct copy of an email from Maron Pictures to

10  Entertainment One pointing out the inaccuracies in their email on Mainsail's behalf and Maron

11  Pictures seeking an opportunity to speak directly and to come to a meeting of minds, dated

12  February 12, 2010.

13      24.   Exhibit 22 is a true and correct copy of an email from Maron Pictures to

14  Entertainment One seeking to schedule a call and then, the response from Entertainment One to

15  Maron Pictures saying "the best and simplistic approach for us all is for communications to go

16  through [Mainsail][.]" dated February 14, 2010.

17      25.   Exhibit 23 is a true and correct copy of an email from Maron Pictures to

18  Entertainment One seeking to have five questions answered, dated February 19, 2010.

19      26.   Exhibit 24 is a true and correct copy of a read receipt from Entertainment One but

20  the email was completely ignored, dated February 21, 2010.

21      27.   Exhibit 25 is a true and correct copy of a Masters Report of the master elements of

22  the Motion Picture that Maron Pictures provided to Visual Data in Burbank, California for the

23  Motion Picture and award-winning trailer dated, October 15, 2010, a true copy of the original

24  certified by Comyn, Kelleher, Tobin Solicitors.

25      28.   Exhibit 26 is a true and correct copy of an email from Maron Pictures to

26  Entertainment One notifying them that there was a "major dispute with Shoreline" over the

27  "unauthorized covers and trailer which violates [Plaintiff's] contracts, amongst other things" and

28  highlighting that Maron Pictures have had no accountability, dated December 17, 2010.

CASE NO. 3:20-CV-01525-SK ; DECLARATION OF MARK MAHON IN SUPPORT OF EXHIBITS
ATTACHED TO AMENDED COMPLAINT

1     29.   Exhibit 27 is a true and correct copy of a read receipt from Entertainment One but

2    the email was completely ignored, dated December 17, 2010.

3     30.   Exhibit 28 is a true and correct copy of an email sent to Mark Stafford, copyright

4    solicitor and partner at Lee & Thompson LLP in London, showing that he was sent the 'Notice of

5    Contract Revocation' Letter in 2016 and before our meeting at his office to discuss same on

6    December 1, 2016, dated November 30, 2016.

7     31.   Exhibit 29 is a true and correct copy of a letter from Comyn, Kelleher, Tobin

8    Solicitors in Ireland confirming different companies still selling the Motion Picture with the illicit

9    cover dated, December 5, 2016.

10     32.   Exhibit 30 is a true and correct copy of a judgment received by Mainsail LLC,

11    Shoreline Entertainment Inc. and Sam Eigen dated December 9, 2016.

12     33.   Exhibit 31 is a true and correct copy of a proof of a commercial purchase from

13    YouTube of Plaintiff's Motion Picture in 2016, in violation of his Copyright and Moral Rights,

14    dated October 27, 2016.

15     34.   Exhibit 32 is a true and correct copy of a proof that YouTube were selling my

16    motion picture, STRENGTH AND HONOUR in 2019 in violation of my Copyright and Moral

17    Rights.

18     35.   Exhibit 33 is a true and correct copy of a commercial purchase from YouTube of my

19    motion picture, STRENGTH AND HONOUR in 2019, in violation of his Copyright and Moral

20    Rights, dated January 2, 2019.

21     36.   Exhibit 34 is a true and correct copy of a confirmation email from Visual Data that

22    they copied the Master elements provided to them, dated December 12, 2019.

23     37.   Exhibit 35 is a true and correct copy of an confirmation email from Visual Data in

24    Burbank, California attaching a report and acknowledging the deliverables created from the

25    source masters, dated December 16, 2019.

26     38.   Exhibit 36 is a true and correct copy of a report received from Visual Data in

27    Burbank, California on December 16, 2019 confirming the deliverables they created from the

28    source masters of STRENGTH AND HONOUR that Maron Pictures had provided them and, the

CASE NO. 3:20-CV-01525-SK ; DECLARATION OF MARK MAHON IN SUPPORT OF EXHIBITS
ATTACHED TO AMENDED COMPLAINT

1    dates and names of the companies they provided those illicit masters with, a true copy of the

2    original certified by Comyn, Kelleher, Tobin Solicitors.

3        39.   Exhibit 37 is a true and correct copy of a financial demand issued to YouTube LLC.,

4    dated December 12, 2019.

5        40.   Exhibit 38 is a true and correct copy of a letter from Moore, Chartered Accountants

6    and Registered Auditors for Plaintiff, Mark Mahon confirming his actual costs/ expenditure,

7    dated December 12, 2019.

8        41.   Exhibit 39 is a true and correct copy of an email received from YouTube, dated

9    January 2, 2020.

10       42.   Exhibit 40 is a true and correct copy of an email received from Simon Osborn,

11    Head of Legal and Business Affairs for Entertainment One, dated January 8, 2020.

12       43.   Exhibit 41 is a true and correct copy of a reply email from Plaintiff, Mark Mahon

13    to Simon Osborn confirming that he had also issued a 'Demand Letter' to Entertainment One at

14    their Santa Monica, California office dated December 12, 2019 and that copyright infringement

15    lawsuits were being drafted against several companies including Entertainment One US LP for

16    infringing his copyright, dated January 10, 2020.

17       44.   Exhibit 42 is a true and correct copy of the link that I tried to access, which

18    YouTube had provided me but it could not be accessed again on January 24, 2020.

19       45.   Exhibit 43 is a true and correct of an email that I wrote back to the YouTube Legal

20    Support Team asking for a direct contact in the YouTube legal team, date January 24, 2020.

21       46.   Exhibit 44 is a true and correct copy of an email that YouTube Legal Support Team

22    wrote back to me with the exact same response they sent to me on January 2, 2020.

23       I declare under penalty of perjury under the laws of the State of California that the

24    foregoing is true and correct.

25       Executed this 20th day of March, 2020.

26

27                                _____

28                                   Mark Mahon

CASE NO. 3:20-CV-01525-SK ; DECLARATION OF MARK MAHON IN SUPPORT OF EXHIBITS
ATTACHED TO AMENDED COMPLAINT