**DECLARATION OF MARK MAHON**

I, Mark Mahon, hereby declare as follows:

1. I am the Plaintiff in this matter and am representing myself on a *Pro Se* basis before the courts of the State of California in the Northern District of California.

2. I submit this declaration in support of Opposition to Defendants' Motion to Dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

3. I make this declaration on my own personal knowledge and, if called upon as a witness to do so, I would testify under oath as to the matters set forth herein.

4. Attached hereto as Exhibit 1 is a true and correct copy of the 'Contact Us' section at the YouTube page in Ireland.

5. I went to the YouTube page, Contact us section at https://www.youtube.com/t/contact_us and printed the page marked as 'Exhibit 1' from my computer in Ireland on April 25, 2020.

6. Attached hereto as Exhibit 2 is a true and correct copy of the United States Copyright Certificate of Registration for the Screenplay of STRENGTH AND HONOR, no. TXul-289-556, a true copy certified by Comyn, Kelleher, Tobin Solicitors.

7. Attached hereto as Exhibit 3 is a true and correct copy of the first United States Copyright Certificate of Registration, STRENGTH AND HONOUR, (the "Motion Picture") no. PA 1-642-297, as certified copy by Comyn, Kelleher, Tobin Solicitors.

8. I made a filing error originally when I made the original application for the United States Copyright Certificate of Registration for the Motion Picture, STRENGTH AND HONOUR, no. PA 1-642-297 as I placed my company name in every place where my name should have been placed. This was also confirmed with the correction on United States Copyright Certificate of Registration, PA 1-398-376. I also confirm that I am the writer, the producer, the director and the copyright owner of the motion picture. This error is also apparent when one looks at the second page of Exhibit 2 as one can see that even in the postal address my own name, which should be first states Maron Pictures and my name is underneath that, which should be the

- 1 -
DECLARATION OF MARK MAHON
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)
CASE NO. 4:20-CV-01525-YGR

1  other way round. I further confirm that I was not a work for hire, but had intended on paying
2  myself for my work through my company based on profits. I further confirm too that I revoked all
3  rights, licenses, privileges, and property rights to Maron Pictures Ltd. on October 1, 2015 as they
4  were not permanently assigned until they were paid for as per my contracts.

5      9. Attached hereto as Exhibit 4 is a true and correct copy of the United States Copyright
6  Certificate of Registration for the Motion Picture, STRENGTH AND HONOUR, no. PA 1-398-
7  376, as certified copy by Comyn, Kelleher, Tobin Solicitors.

8      10. Attached hereto as Exhibit 5 is a true and correct copy of a letter from my Chartered
9  Accountants and Registered Auditors, Moore Stephens, which I provided to the Second Appellate
10 District, Court of Appeal in Los Angeles in or around April, 2017 confirming that I am the
11 registered Copyright owner of the Motion Picture, Strength and Honour, having registration no.
12 PA-1-642-297 and the registered Copyright owner of the screenplay as registered in the U.S.
13 Copyright Office, having registration no. TXul-289-556.

14     11. Attached hereto as Exhibit 6 is a true and correct copy of a letter from my lawyers
15 in Ireland, Comyn, Kelleher, Tobin Solicitors confirming I am the registered Copyright owner of
16 the motion picture having registration no. PA-1-642-297 and the registered Copyright owner of
17 the screenplay as registered in the U.S. Copyright Office, having registration no. TXul-289-556.

18     12. Attached hereto as Exhibit 7 is a true and correct copy of an email between me and
19 Mia Jones, Director of Client Services at Visual Data Media Services in California confirming
20 that Mainsail/Shoreline Entertainment authorized and gave instruction to Visual Data Media
21 Services to copy my copyright protected masters of 'Strength and Honour' which I physically
22 provided to Visual Data Media Services. I also confirm that these copyright protected masters are
23 my personal property and I never consented to any individual, corporate, associate, entity or
24 otherwise to use them unlawfully, including being unlawfully copied, reproduced, or preparing
25 derivatives based upon my copyrighted work. The email also states that Visual Data Media
26 Services "do not create any assets without request and payment of [their] clients." Ms. Jones also
27 confirmed that the copies of the masters that Visual Data Media Services copied and shipped to
28 different companies around the world, were shipped to those companies on Mainsail/Shoreline

Entertainment's instruction and that "[a]ny assets, copied or shipped were requested by the client." This email correspondence is dated April 8, 2020.

13. Attached hereto as Exhibit 8 is a true and correct copy of a declaration of Sam Eigen that was filed in [current] case no. 4:20-cv-01523-YGR as Document 22-2, which is currently before the courts of the State of California in the Northern District of California.

14. I purchased my Motion Picture, Strength and Honour, in Ireland from YouTube on October 27, 2016 and it was displayed with an illicit and unauthorized cover which I never authorized and in fact, had instructed for this cover to be 'cease[d] and desist[ed]' with on January [30], 2010 but has been unlawfully used since. This illicit cover also infringes individual images of my Motion Picture, Strength and Honour, contrary to 17 U.S.C. § 106(5) which neither I, nor my company never authorized. I also confirm that neither I, nor my company, Maron Pictures Ltd., never assigned our rights as per 17 U.S.C. §§ 106(1), 106(2), 106(4), 106(5), 106(6) and 106(A) in the Motion Picture to any individual, associate, corporate, entity or otherwise.

15. I purchased my Motion Picture, Strength and Honour, in Ireland from YouTube again on January 2, 2019 and it was still displayed with an illicit and unauthorized cover which I never authorized and had instructed for this cover to be 'cease[d] and desist[ed]' with on January [30], 2010 but has been unlawfully used since. This illicit cover also infringes individual images of my Motion Picture, Strength and Honour, which neither I, nor my company, Maron Pictures Ltd. ever authorized. I also confirm that neither I, nor my company, Maron Pictures Ltd., ever assigned rights in my Motion Picture as per 17 U.S.C. §§ 106(1), 106(2), 106(4), 106(5), 106(6) and 106(A) to any individual, associate, corporate, entity or otherwise.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of April, 2020.

_____
Mark Mahon

- 3 -

OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)
DECLARATION OF MARK MAHON
CASE NO. 4:20-CV-01525-YGR