IE

YouTube

| Search | |
|---|---|

About    Press & Blogs    Copyright    Safety    Creators & Partners    Advertising    Developers    Help

**ABOUT YOUTUBE**

Getting Started

Community Guidelines

Contact Us

Careers

YouTube Merchandise

# Contact Us

If you need help, please visit our Help Center. There you'll find answers to many common questions about creating an account, watching and uploading videos, and maintaining your channel.

If you're unable to find what you're looking for in the Help Center, we suggest visiting our Community Help Forum. Experiencing a bug? Take a look at our Current Site Issues page to see a list of known issues we're working to fix.

## Media Relations

### Press Room
This area contains media contact information, press releases, b-roll footage, FAQs, and our interactive timeline.

### Advertising
Whether an AdAge 100 advertiser or a local retailer, everyone can broadcast their ad campaign on YouTube and tap into the world's largest online video community. Learn the basics to advertising on YouTube.

### Partner Program
If you're interested in joining the YouTube Partner Program, visit our information page to learn more about it.

## Security

### Abuse Issues
For any abuse issues on the site, please contact us through the Abuse and Policy Center.

### Site Security Issues
If you want to report a security issue with the YouTube site, please visit us here.

## Legal

### Copyright Issues
If you are the copyright owner of a video and feel it has been uploaded without your permission, please follow these directions to submit a copyright infringement notice.

### Inappropriate Content
To report an inappropriate video on YouTube, please click the "Flag" link under the video. For details on our policy, please read the Terms of Service.

### Content ID Program
If you're interested in being part of our Content ID program, please visit the Content ID page.

## Additional Contact Information

### Developers
If you're a developer or interested in our APIs, please visit the Developer area.

### Submit Additional Content to Google
See all opportunities to distribute your content for free across Google including gadgets, product search, local business center and books.

### Our Address
You can contact YouTube at the address below.

Google LLC, D/B/A YouTube
901 Cherry Ave.
San Bruno, CA 94066
USA
Fax: +1 650-253-0001

| Language: **English** ▼ | Location: **Ireland** ▼ | Restricted Mode: **Off** ▼ | History | Help |
|---|---|---|---|---|

About    Press    Copyright    Creators    Advertise    Developers

Terms    Privacy    Policy & Safety    Send feedback    Test new features

EXHIBIT 1
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P.12(b)(6)
CASE NO. 4:20-CV-01525-YGR