

We certify that the within document is a true copy of the original.

Dated this 6 day of February 20 20

Signed: Comyn Kelleher Tobin

Comyn Kelleher Tobin

Solicitors, 2 George's Quay, Cork

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 1-289-556

Effective Date of Registration

3-8-06

Application Received MAR 08 2006

MAR 08 2006 Two

Examined By: MW

Fee Received

TYPE OR PRINT IN BLACK INK DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **1** Title of This Work. Alternative title or title of larger work in which this work was published | | STRENGTH AND HONOR |
| **2** Name and Address of Author and Owner of the Copyright. Nationality or domicile Phone fax and email. | | MARK MAHON<br>3, MARINERS REST, MARINERS VIEW AVENUE, PASSAGE WEST, CORK, IRELAND<br>Phone (353) 87-1260025  Fax (1770) 8185848<br>Email MARON@IOL.IE |
| **3** Year of Creation | | 2005 |
| **4** If work has been published, Date and Nation of Publication. | | a Date _____ (Month day and year all required)<br>b Nation |
| **5** Type of Authorship in This Work<br>Check all that this author created. | | ☑ Text (includes fiction nonfiction poetry, computer programs etc)<br>☐ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **6** Signature<br>Registration cannot be completed without a signature | | I certify that the statements made by me in this application are correct to the best of my knowledge  Check one<br>☑ Author  ☐ Authorized agent<br>X _____ |
| **7** Name and Address of Person to Contact for Rights and Permissions<br>Phone fax, and email | | ☑ Check here if same as #2 above<br>Phone ( )     Fax ( )<br>Email |
| **8** Certificate will be mailed in window envelope to this address | Name ▼ MARK MAHON<br>Number/Street/Apt ▼ 3, MARINERS REST, MARINERS VIEW AVENUE, PASSAGE WEST,<br>City/State/ZIP ▼ CORK, IRELAND | **9** Deposit Account #_____<br>Name _____ |

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

EXHIBIT 2