# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

We certify that the within document is a true copy of the original.

Dated this 21 day of April 2020

Signed: _____
Comyn Kelleher Tobin
Solicitors, 2 George's Quay, Cork

**Registration Number:**
PA 1-642-297

**Effective date of registration:**
August 6, 2009

---

### Title
**Title of Work:** STRENGTH AND HONOUR

### Completion / Publication
**Year of Completion:** 2008
**Date of 1st Publication:** July 7, 2008        **Nation of 1st Publication:** Ireland

### Author
**Author:** Maron Pictures
**Author Created:** direction/director, script/screenplay, production/producer
**Work made for hire:** Yes
**Citizen of:** Ireland        **Domiciled in:** Ireland

### Copyright claimant
**Copyright Claimant:** Maron Pictures
Mariners Rest, Mariners View Avenue, Passage, Cork, 00000, Ireland

### Limitation of copyright claim
**Material excluded from this claim:** script/screenplay
**Previous registration and year:** 2006
**New material included in claim:** production as a motion picture, revisions/additions to script, editing

### Rights and Permissions
**Organization Name:** Maron Pictures

### Certification
**Name:** Maron Pictures
**Date:** July 28, 2009

Registration #:   PA0001642297

Service Request #:   1-224658861

We certify that the within document is a true copy of the original.

Dated this 21 day of April 2020

Signed: Comyn Kelleher Tobin
Comyn Kelleher Tobin
Solicitors, 2 George's Quay, Cork

Maron Pictures
Mark Mahon
Mariners Rest, Mariners View Ave.
Passage
Cork, 00000 Ireland