# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

§705. It will af the informatio... ...stration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-398-376**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

05 / 03 / 2017
Month  Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
**STRENGTH AND HONOUR**

Registration Number of the Basic Registration ▼
PA 1-642-297

Year of Basic Registration ▼
August 6, 2009

Name(s) of Author(s) ▼
Maron Pictures

Name(s) of Copyright Claimant(s) ▼
Maron Pictures

---

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  **4**      Line Heading or Description  **Author**

Incorrect Information as It Appears in Basic Registration ▼

Maron Pictures

Corrected Information ▼

Mark Mahon

Explanation of Correction ▼
MARK MAHON, IRISH CITIZEN, MADE A FILING ERROR AND PLACED HIS COMPANY NAME IN EVERY PLACE WHERE HIS NAME SHOULD HAVE BEEN PLACED IN ERROR. MARK MAHON IS THE WRITER, PRODUCER, DIRECTOR AND COPYRIGHT OWNER OF STRENGTH AND HONOUR.

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____  Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

We certify that the within document is a true copy of the original.

Dated this  **6**  day of  **February**  20 **20**

Signed:  *Comyn Kelleher Tobin*
Comyn Kelleher Tobin
Solicitors, 2 George's Quay, Cork

---

MORE ON BACK ▶   · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.   · Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

We certify that the within document is a true copy of the original.

Dated this 6 day of February 20 20

Signed: Comyn Kelleher Tob
Comyn Kelleher Tobin
Solicitors, 2 George's Quay, Cork

FORM CA RECEIVED: 05/03/2017
FUNDS RECEIVED DATE: 05/03/2017
EXAMINED BY: SGU
CORRESPONDENCE: X
REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION: ☒ YES  ☐ NO

FORM CA
FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ☐ Part C

Line No. 8 under Copyright Claimant states Maron Pictures. This should be augmented to Mark Mahon.

Line No. 13 under Rights and Permissions states Maron Pictures. This should be augmented to Mark Mahon.

Line No. 14 under Certification states Maron Pictures. This should be augmented to Mark Mahon

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

Mark Mahon

Mariners Rest, Mariners View Avenue, Passage, Cork, IRELAND

Phone: 353...  Fax: 353...  Email: ...

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name ___
Account Number ___

**E**

Certification* - I, the undersigned, hereby certify that I am the: (Check only one)
☑ author
☑ other copyright claimant
☑ owner of exclusive right(s)
☐ duly authorized agent of

Mark Mahon
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Mark Mahon          Date ▼ April 18, 2017

Handwritten signature (X) ▼

**F**

Certificate will be mailed in window envelope to this address:
Name ▼ Mark Mahon
Number/Street/Apt ▼ ___, Mariners Rest, Mariners View Avenue, Passage,
City/State/ZIP ▼ Cork, IRELAND

YOU MUST:
- Complete all necessary spaces
- Sign your application in Space F

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress
Copyright Office-CA/DD
101 Independence Avenue SE
Washington, DC 20559

**G**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev 10/2011  Printed on recycled paper          U.S. Government Printing Office: 2011-xxx-xxx/xx xxx