# MOORE STEPHENS

**Chartered Accountants and Registered Auditors**

| Dublin | Cork |
|---|---|
| Ulysses House | 83 South Mall |
| Foley Street | Cork |
| Dublin 1, Ireland | Ireland |
| T +353 (0) 1 888 1004 | T +353 (0) 21 427 5176 |
| F +353 (0) 1 888 1005 | F +353 (0) 21 427 7305 |

www.moorestephens.ie

S795/TPL/228750

**Strictly Private & Confidential**
Court of Appeal
2nd District Court of Appeal,
Division 8,
Ronald Reagan State Building,
300 South Spring Street,
2nd Floor, North Tower,
Los Angeles,
CA 90013,
U.S.A.

7th April 2017

To Whom It May Concern,

We are the Certified Chartered Accountants for Mark Mahon and Maron Pictures Ltd., t/a Maron Pictures LLC and Maron Pictures, having Irish company registration no. 423090. We can confirm that Mark Mahon is the sole, one hundred percent (100%) owner and shareholder of Maron Pictures Ltd., t/a Maron Pictures LLC and Maron Pictures.

We can also confirm that Mark Mahon is the registered Copyright owner of "Strength and Honour" starring Michael Madsen, Vinnie Jones and Richard Chamberlain. He is the Copyright owner of the screenplay as registered in the U.S. Copyright Office, having registration no. TXuL-289-556 and is the sole owner of the Copyrighted motion picture as registered in the U.S. Copyright Office, having registration no. PA 1-642-297.

Yours sincerely,

*[signature]*

**Moore Stephens**
**Chartered Accountants**

Partners: Andrew P. Quinn F.C.A., Michael J. Mullins F.I.T.I., Trevor P. Leacy F.C.A., Edmond J. Murphy F.C.A., Diarmuid O'Connell F.C.A., John A. Callaghan F.C.A., Eoin G. Lehane F.C.C.A. A.I.T.I., Brian Hayes F.C.A., Brian Kearney A.C.A.
Registered to carry on audit work and authorised to carry on investment business by Chartered Accountants Ireland. An independent member firm of Moore Stephens International Limited – members in principal cities throughout the world.

The Smart Choice for Business

EXHIBIT 5
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P.12(b)(6)
CASE NO. 4:20-CV-01525-YGR