

**COMYN KELLEHER TOBIN**

BKK//KEL0630001

Court of Appeal
2nd District Court of Appeal,
Division 8,
Ronald Reagan State Building,
300 South Spring Street,
2nd Floor, North Tower,
Los Angeles,
CA 90013
U.S.A.

7th April, 2017

Dear Sirs,

I hereby confirm that Mark Mahon is the registered Copyright owner of 'Strength and Honour' starring Michael Madsen, Vinnie Jones and Richard Chamberlain. He is the owner of the screenplay as registered in the U.S. Copyright Office, having registration no. TXuL-289-556 and is the owner of the Copyrighted motion picture as registered in the U.S. Copyright Office, having registration no. PA 1-642-297.

Yours sincerely,

BARRY KELLEHER
COMYN KELLEHER TOBIN

**SOLICITORS**

**CORK OFFICE**
2 George's Quay
Cork
T12 TR2A
Ireland

DX 2018 Cork

T +353 21 462 6900
F +353 21 422 3872
E ckt@ckt.ie

**DUBLIN OFFICE**
24/26 Upper Ormond Quay
Dublin 7
D07 DAV9
Ireland

T +353 1 873 3751
F +353 1 872 7480
E ckt@ckt.ie

WWW.CKT.IE

**PARTNERS**
Eamon Harrington
Katharine Kelleher
Diarmuid Cunningham
Deborah Moore
*(Managing Partner)*
Patrice O'Keeffe
Denise Kirwan
Emma Comyn
David McCoy
Helen Finucane
David Hickey
Alison Kelleher
Hilda O'Keeffe

**SOLICITORS**
Mary Boland
Mary Hayes
Sinead Fitzgerald
Jonathan Hurley
Aoife McCann
David Taylor
Emily Sexton
Karen Tobin
Fionnuala Cullinane
Barry Kelleher

**CONSULTANT**
Thomas Tobin

**FINANCIAL DIRECTOR**
Martina Turner ACA

