# Mark Mahon

| | |
|---|---|
| **From:** | Mia Jones [mjones@visualdatamedia.com] |
| **Sent:** | 08 April 2020 10:56 |
| **To:** | Mark Mahon |
| **Subject:** | RE: MAINSAIL INVENTORY AT VISUAL DATA MEDIA SERVICES |

Hi Mark,

Yes, we do not create any assets without the request and payment of our clients. Any assets, copied or shipped were requested by the client.

Thanks,
Mia

Mia Jones
Director of Client Services
Visual Data Media Services
610 N. Hollywood Way
Burbank CA 91505
 (818) 333-9677 (direct)
562-480-5051 (cell)

**From:** Mark Mahon
**Sent:** Wednesday, April 8, 2020 10:26 AM
**To:** Mia Jones <mjones@visualdatamedia.com>
**Subject:** MAINSAIL INVENTORY AT VISUAL DATA MEDIA SERVICES

[CAUTION: External message.]

Hi Mia,

Hope all is well for you. Just two questions in relation to the list of assets you sent me for the title, Strength & Honour on December 16, 2019.

1. Can you confirm that Mainsail/Shoreline Entertainment authorized and gave instruction to Visual Data Media Services to copy the masters of 'Strength and Honour' that were provided to Visual Data Media Services, please?

2. Can you confirm that the copies of the masters that Visual Data Media Services copied and shipped to different companies outside of the Los Angeles area, indeed around the world, were shipped to those companies on Mainsail/Shoreline Entertainment's instruction?

Thank you very much for all your help.

Best wishes,

Mark