# DECLARATION OF SAM EIGEN

I, Sam Eigen, declare:

1. I am over 18 years of age. I am an executive with Mainsail LLC ("Mainsail") and Shoreline Entertainment, Inc. ("Shoreline"). The matters set forth herein are based on my personal knowledge.

2. Mainsail is a Nevada business entity licensed to do business in California. Mainsail's principal place of business is in Hollywood, California.

3. Shoreline is a Nevada business entity licensed to do business in California. Shoreline's principal place of business is in Hollywood, California.

4. I am personally familiar with Mark Mahon ("Mahon"). I met Mahon at a film festival in Europe in 2009. Mahon held himself out as the owner of Maron Pictures, Ltd. ("MPL"). On behalf of Mainsail/Shoreline, I personally supervised negotiations of a Sales Agency Agreement ("SAA") between those companies and MPL for a feature length fight film called "Truth and Honour" (the "Film"). Mahon was the "negotiator" for MPL and signed the SAA on its behalf.

5. The SAA authorized Mainsail/Shoreline to act as MPL's "sales agent" for the purpose of licensing the Film.

6. Mainsail/Shoreline was authorized to represent the Film in territories **outside** the Unites States and Ireland, and never represented the Film in either the United States or Ireland.

7. I personally supervised Mainsail/Shoreline's efforts to market the Film, and not once did Mainsail/Shoreline attempt to market or represent the Film in Northern California.

8. At no time in its history has Mainsail/Shoreline even so much as attended a film market in Northern California, and to my knowledge,

- 11 -
DEFENDANTS' MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE (28 U.S.C. § 1406(A))
OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 U.S.C. § 1404(A))

Exhibit B EXHIBIT 8
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P.12(b)(6)
CASE NO. 4:20-CV-01525-YGR

Mainsail/Shoreline has never met with an individual in Northern California to market or represent Mainsail/Shoreline's films. The companies have never done any regular business in Northern California.

9. In his complaint, Mahon points to a transaction between Mainsail/Shoreline and a company known as Visual Data regarding his "Brit Flick." That company to my personal knowledge is located in Burbank, California. Mainsail/Shoreline has never done any business with Visual Data outside of the Los Angeles area.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on April 7, 2020, in Las Vegas, Nevada.

SAM EIGEN, Declarant

- 12 -
DEFENDANTS' MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE (28 U.S.C. § 1406(A))
OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 U.S.C. § 1404(A))

EXHIBIT 8
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P.12(b)(6)
CASE NO. 4:20-CV-01525-YGR