1   Mark Mahon
2   movieman1000@live.com
    Mariners Rest,
3   Mariners View Avenue,
    Passage West,
4   Cork,
    Ireland
5   Telephone: 353 87 742 4444

6   *Plaintiff Pro Se*

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                      **OAKLAND DIVISION**

11

12  MARK MAHON, AN INDIVIDUAL,              CASE NO.  4:20-cv-01525-YGR

13              Plaintiff,                  **[PROPOSED] ORDER DENYING**
                                            **DEFENDANTS' MOTION TO DISMISS**
14          v.                              **PLAINTIFF'S AMENDED COMPLAINT**
                                            **FOR FAILURE TO STATE A CLAIM**
15  YOUTUBE LLC.; GOOGLE LLC, D/B/A
    YOUTUBE.; and DOES 1 - 12,
16
                Defendants.
17
                                            JUDGE: HON. YVONNE GONZALEZ ROGERS
18

19

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2         Before the Court is Defendants' Motion to Dismiss Plaintiff's Amended Complaint for

3    failure to State a Claim ("Motion to Dismiss"). After consideration of that motion, all supporting

4    and opposing papers, Defendants' motion is **DENIED**.

5         **IT IS SO ORDERED**.

6

7    Dated:_____                    _____

8                                      **YVONNE GONZALEZ ROGERS**

                                  **UNITED STATES DISTRICT COURT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28