UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARK MAHON,<br><br>        Plaintiff,<br><br>    v.<br><br>MAINSAIL LLC, et al.,<br><br>        Defendants. | Case No. 20-cv-01523-YGR (LB)<br><br>**DISCOVERY ORDER** |
| MARK MAHON,<br><br>        Plaintiff,<br><br>    v.<br><br>YOUTUBE LLC, et al.,<br><br>        Defendants. | Case No. 20-cv-01525-YGR (LB) |
| MARK MAHON,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC., et al.,<br><br>        Defendants. | Case No. 20-cv-01534-YGR (LB) |

ORDER – Nos. 20-cv-01523-YGR (LB), 20-cv-01525-YGR (LB), 20-cv-01534-YGR (LB)

1  The district judge referred all discovery matters to the undersigned.[1] No discovery dispute is pending. If a dispute arises, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: October 7, 2022

LAUREL BEELER
United States Magistrate Judge

---

[1] Orders of Reference – ECF Nos. 93 (Case No. 20-cv-01523) & 95 (Case No. 20-cv-01525), 94 (Case No. 20-cv-01534). Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – Nos. 20-cv-01523-YGR (LB), 20-cv-01525-YGR (LB), 20-cv-01534-YGR (LB)