UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARK MAHON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOUTUBE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-01525-YGR (LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 103 |

The parties dispute whether the plaintiff can obtain discovery about his copyright-infringement claims based on the Google Play video service.[1] The court can decide the issue without oral argument. N.D. Cal. Civ. L. R. 7-1(b). The court denies the request for discovery because the trial judge has dismissed the plaintiff's claims relating to Google Play, and the discovery is not relevant to the plaintiff's remaining claim.

Federal Rule of Civil Procedure 26(b)(1) limits discovery to matters that are (1) "relevant to any party's claim or defense" and (2) "proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving

---

[1] Disc. Letter Br. – ECF No. 103. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 20-cv-01525-YGR (LB)

the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit."

In a separate case, the trial court dismissed the plaintiff's claims directed to Google Play as the allegedly infringing service.[2] The court denied the plaintiff's motion for leave to amend the complaint in this case to add allegations that Google distributed the plaintiff's film on its Google Play platform.[3] It dismissed the plaintiff's third lawsuit that Google infringed his "Right of Author" under the Copyright Act through YouTube and Google Play.[4]

Because the trial court has already ruled on the merits that the plaintiff has not stated a claim regarding distribution on Google Play, the discovery is not relevant. The only claim is that is that Google allegedly infringed the plaintiff's copyrights by exporting copies of the film to users of Google's YouTube platform in the United Kingdom and Ireland.[5] The court denies the discovery.

**IT IS SO ORDERED.**

Dated: March 18, 2023

_____
LAUREL BEELER
United States Magistrate Judge

---

[2] Order – ECF No. 49 at 15–17 (dismissing all claims in *Mahon v. Alphabet Inc.*, No. 20-cv-01530-YGR, relating to Google play with prejudice).

[3] Order – ECF No. 102

[4] Disc. Letter Br. – ECF No. 103 at 4–5 (referencing orders in the three lawsuits).

[5] Order – ECF No. 49 at 15–16.