**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK MAHON,** | **Case No.: 4:20-cv-01523-YGR** |
| Plaintiff, | |
| v. | **ORDER REQUESTING FURTHER BRIEFING** |
| **MAINSAIL LLC, ET AL.,** | |
| Defendants. | |
| **MARK MAHON,** | **Case No.: 4:20-cv-01525-YGR** |
| Plaintiff, | |
| v. | **ORDER REQUESTING FURTHER BRIEFING** |
| **YOUTUBE LLC, ET AL.,** | |
| Defendants. | |
| **MARK MAHON,** | **Case No.: 4:20-cv-01534-YGR** |
| Plaintiff, | |
| v. | **ORDER REQUESTING FURTHER BRIEFING** |
| **APPLE INC., ET AL.,** | |
| Defendants. | |

Before the Court are all parties' motions for summary judgment. The Court requests further briefing on two questions.

First, defendants argue that plaintiff Mahon cannot bring a copyright infringement claim because he does not own the copyright in question. (*See, e.g.,* 4:20-cv-01523-YGR, Dkt. No. 122 at 16.) At oral argument, defendants argued that plaintiff's production company, Maron Pictures, is the proper copyright owner. Plaintiff responded that, even if he is not the registered copyright owner, he can bring such a claim as a beneficial owner of the copyright. The Court requests further briefing on whether plaintiff may sue as a beneficial owner, assuming *arguendo* that Maron

Pictures, not plaintiff, owns the copyright.

Second, the YouTube and Apple defendants argue that equitable estoppel bars plaintiff's copyright claim because plaintiff's abstention to notify them of their alleged infringement constitutes inducement.  (*See* 4:20-cv-01525-YGR, Dkt. No. 147 at 15; 4:20-cv-0534-YGR, Dkt. No. 137 at 12.)  At oral argument, plaintiff responded that he was advised by counsel not to notify the YouTube and Apple defendants of their alleged infringement while litigation in another court was ongoing.  This Court therefore requests further briefing on whether a party following advice from counsel to not act impacts a court's equitable estoppel analysis.

All parties shall file additional briefing of no more than seven (7) pages total, addressing the above questions by **Friday, March 1.**

**IT IS SO ORDERED**.

Dated:  February 21, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**