United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK MAHON,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MAINSAIL LLC, ET AL.,**<br><br>    Defendants. | **Case No.: 4:20-cv-01523-YGR**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FILE MOTION FOR RECONSIDERATION** |
| **MARK MAHON,**<br><br>    Plaintiff,<br><br>    v.<br><br>**YOUTUBE LLC, ET AL.,**<br><br>    Defendants. | **Case No.: 4:20-cv-01525-YGR**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FILE MOTION FOR RECONSIDERATION** |
| **MARK MAHON,**<br><br>    Plaintiff,<br><br>    v.<br><br>**APPLE INC., ET AL.,**<br><br>    Defendants. | **Case No.: 4:20-cv-01534-YGR**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FILE MOTION FOR RECONSIDERATION** |

On May 20 and 21, 2024 plaintiff Mark Mahon timely moved for leave to file a motion for reconsideration in his three related cases pending before the Court.[1] The Court finds that plaintiff has not met the legal requirements and demonstrated a material difference of fact or law from what was presented to the Court, the emergence of new material law or facts since the time of the Court's prior order, or a manifest failure by the Court to consider material facts or dispositive legal

---

[1] Dkt. No. 147 of Case No. 20-cv-1523; Dkt. No. 183 of Case No. 20-cv-1534; Dkt. No. 195 of Case No. 195.

arguments in its order.  *See* Civil L.R. 7-9(b).  Plaintiff's motion is therefore **DENIED WITH PREJUDICE.**

Relatedly, the Court notes plaintiff's respectful request that the Court not use the phrase "with prejudice" in its judgment for these cases.[2]  The Court will enter judgment with prejudice, but notes that, here, "with prejudice" does not imply harm or unfairness, as it does in other contexts.  It also does not prevent plaintiff from pursuing an appeal.  In the Court's judgment, "with prejudice" means only that the Court's decision is final as to this action.

**IT IS SO ORDERED**.

Date:  June 4, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] *See, e.g.,* Dkt. No. 184-2 of Case No. 20-cv-1534 at 1:14-18.