1  Mark Mahon
2  movieman1000@live.com
   Mariners Rest,
3  Mariners View Avenue,
   Passage West,
4  Cork,
   Ireland
5  Tel: + 353 87 742 4444

6  *Plaintiff Pro Se*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MARK MAHON, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br> v.<br><br>MAINSAIL LLC., ET AL.,<br><br>    Defendants. | CASE NO. 4:20-cv-01523-YGR<br><br>**PLAINTIFF'S STATEMENT AND DEFENDANTS' OBJECTIONS OF THE PROCEEDINGS HELD ON APRIL 27, 2023 VIA TELECONFERENCE BEFORE MAGISTRATE JUDGE LAUREL BEELER SINCE A TRANSCRIPT IS UNAVAILABLE** |
|---|---|
| MARK MAHON, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br> v.<br><br>YOUTUBE LLC., ET AL.,<br><br>    Defendants. | CASE NO. 4:20-cv-01525-YGR<br><br>**PLAINTIFF'S STATEMENT AND DEFENDANTS' OBJECTIONS OF THE PROCEEDINGS HELD ON APRIL 27, 2023 VIA TELECONFERENCE BEFORE MAGISTRATE JUDGE LAUREL BEELER SINCE A TRANSCRIPT IS UNAVAILABLE** |
| MARK MAHON, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br> v.<br><br>APPLE, INC., ET AL.,<br><br>    Defendants. | CASE NO. 4:20-cv-01534-YGR<br><br>**PLAINTIFF'S STATEMENT AND DEFENDANTS' OBJECTIONS OF THE PROCEEDINGS HELD ON APRIL 27, 2023 VIA TELECONFERENCE BEFORE MAGISTRATE JUDGE LAUREL BEELER SINCE A TRANSCRIPT IS UNAVAILABLE**<br><br>JUDGE: HON. YVONNE GONZALEZ ROGERS |

TO THE COURT, AND ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to Federal Rules of Appellate Procedure Rules ("FRAP") 10 (c), Plaintiff Mark Mahon ("Plaintiff") files this Statement of the Evidence When the Proceedings Were Not Recorded or When a Transcript Is Unavailable (Exhibit 1, attached hereto) of the Proceedings Held on April 27, 2023 held via teleconference before Magistrate Judge Beeler since a transcript is unavailable.

Plaintiff also submits defendants Mainsail LLC, et al. ("Mainsail")[1] Objections (Exhibit 2, attached hereto; YouTube LLC, et al. ("Google")[2] Objections (Exhibit 3, attached hereto); and Apple Inc. et al. ("Apple")[3] Objections (Exhibit 4, attached hereto) to Plaintiff's Statement of the proceedings held on April 27, 2023 before Magistrate Judge Laurel Beeler for settlement.

Dated: July 8, 2024                                          Respectfully submitted,

By: /s/ Mark Mahon
    Mark Mahon
    movieman1000@live.com
    Mariners Rest,
    Mariners View Avenue,
    Passage West,
    Cork,
    Ireland
    Telephone: + 353 87 742 4444

    *Plaintiff Pro Se*

---

[1] Case no. 4:20-cv-01523-YGR names as defendants Mainsail LLC; Shoreline Entertainment, Inc.; Sam Eigen, an individual; Morris Ruskin, an individual (collectively "Mainsail".)

[2] Case no. 4:20-cv-01525-YGR names defendants YouTube LLC and Google LLC. (collectively, "Google".)

[3] Case no. 4:20-cv-01534-YGR names defendants Apple Inc.; Apple Inc. D/B/A iTunes; Apple Inc. D/B/A iTunes Store. (collectively "Apple".)

1